UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| EVELYN SYKES,<br>Guardian and Next Friend of D.B., a Minor,[1]<br><br>Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br>A municipal corporation,<br><br>Defendant. | Civil Action No. 07-0255 (RCL) |

**DEFENDANT'S CONSENT MOTION TO ENLARGE THE TIME
TO FILE A RESPONSE TO THE PLAINTIFF'S COMPLAINT**

The Defendant, through counsel, respectfully moves this Court for an enlargement of time from February 28, 2007, to March 14, 2007, to file a response to the Plaintiff's Complaint pursuant to Fed. R. Civ. P. 6(b)(1). As grounds for this request the Defendant represents as follows:

1. Although the Mayor was served on February 8, 2007, the undersigned counsel was not assigned to this case until late February 21, 2007—just one week before a responsive pleading is due (on February 28, 2007). Because the responding agency—the District of Columbia Public Schools—just received the Complaint through the undersigned counsel this week, it has not yet had the opportunity to fully investigate the allegations in the Complaint.

2. On February 22, 2007, the Plaintiff's counsel consented to this enlargement, pursuant to LCvR 7.1 (m).

3. The Plaintiff will not be prejudiced by the granting of this motion.

---
[1] The minor will be referred to only by his initials, D.B., pursuant to LCvR 5.4(f)(2).

## MEMORANDUM OF POINTS AND AUTHORITIES

1. Rule 6(b)(1), Federal Rules of Civil Procedure; and

2. The inherent powers of the Court.

        Respectfully submitted,

        LINDA SINGER
        Acting Attorney General
        for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        **/s/ Edward P. Taptich**
        EDWARD P. TAPTICH
        Chief, Equity Section 2
        Bar Number 012914

        **/s/ Eden I. Miller**
        EDEN I. MILLER
        Assistant Attorney General
        Bar Number 483802
        Sixth Floor South
        441 Fourth Street, N.W.
        Washington, D.C. 20001
        (202) 724-6614
        (202) 727-3625 (fax)
February 23, 2007        E-mail: Eden.Miller@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| EVELYN SYKES,<br>Guardian and Next Friend of D.B., a Minor,[1]<br><br>Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br>A municipal corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-0255 (RCL)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of the Defendant's Consent Motion to Enlarge the Time to File a Response to the Plaintiff's Complaint and the record herein, it is hereby

**ORDERED,** that the Defendant's Motion is **GRANTED**; and it is

**FURTHER ORDERED,** that the Defendant shall file its response to the Plaintiff's Complaint no later than Wednesday, March 14, 2007.

United States District Judge Royce C. Lamberth

---

[1] The minor will be referred to only by his initials, D.B., pursuant to LCvR 5.4(f)(2).