UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **EVELYN SYKES,** <br> Guardian and Next Friend <br> of D.B., a Minor <br><br> Plaintiff, <br><br> v. <br><br> **DISTRICT OF COLUMBIA,** <br> A municipal corporation, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:07-255 (RCL) |

## ORDER

Upon consideration of the defendant's Consent Motion [2] to Enlarge the Time to File a Response to the plaintiff's Complaint, and the record herein, it is hereby

ORDERED that the defendant's Motion [2] is GRANTED, *nunc pro tunc*; and it is further

ORDERED that the defendant shall file its response to the plaintiff's Complaint no later than Wednesday, March 14, 2007.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, April 3, 2007.