IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EVELYN SYKES,<br>　　　　Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA<br>　　　　Defendant. | )<br>)<br>)<br>)　Civil Action No. 07-255<br>)　RCL<br>)<br>)<br>)<br>) |

## REPORT OF PARTIES UNDER LOCAL RULE 16.3

**Joint Statement of the Case and its Bases**

　　The Plaintiff brings her case under the federal Individuals with Disabilities Education Act, 20 U.S.C. § 1400 *et. seq.* on behalf of her minor son. The Plaintiff seeks a declaratory judgment and an injunction ordering the District of Columbia Public Schools ("DCPS") to fund her son's placement at Rock Creek Academy, a private school, and to develop a compensatory education plan for him.

　　The Plaintiff has received an administrative decision granting some of the relief she originally requested, but denying the relief requested here.

**Parties' Proposed Schedule**

　　The Parties have conferred regarding scheduling, and state as follows:

1.　The Parties expect the case to be resolved by dispositive motion.

2.　The Parties have attempted to narrow the issues in dispute, but have failed to do so.

3.　The Parties do not wish the case to be referred to a magistrate judge.

4.　The Parties have discussed settlement. The Parties do not believe that settlement is likely, though it remains possible.

5. The Parties do not think that this case would benefit from ADR.

6. The Parties propose the following deadlines:

   a. May 31, 2007 – Defendant files administrative record and transcript;
   b. June 29, 2007 – both Parties' summary judgment motions;
   c. July 31, 2007 – both Parties' oppositions;
   d. August 15, 2007 – both Parties' replies.

7. The Defendant believes that the Parties are exempt from the requirements of Rule 26(a)(1). The Plaintiff stipulates to dispense with the requirements of Rules 26(a)(1).

8. The Parties do not currently believe that discovery will be necessary.

9. The parties do not believe that there will be a need for expert witnesses.

10. The present case is not a class action.

11. The Parties do not recommend bifurcation.

12-13. The Parties propose that all other scheduling, including a trial date and a pretrial conference, be decided if necessary following the resolution of the motions for summary judgment.

14. The parties do not believe that there are any other matters to consider at this time.

Respectfully submitted,

/s/ Douglas Tyrka /s/
Douglas Tyrka, #467500
Tyrka & Associates, LLC
1726 Connecticut Ave., NW, Suite 400
Washington, D.C.  20009
Phone:  (202) 265-4260
Fax:  (202) 265-4264

Counsel for the Plaintiff


LINDA SINGER
Attorney General

2

for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

**/s/ Edward P. Taptich**
EDWARD P. TAPTICH
Chief, Equity Section 2
Bar Number 012914

**/s/ Eden I. Miller**
EDEN I. MILLER
Assistant Attorney General
Bar Number 483802
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6614
(202) 727-3625 (fax)
E-mail: Eden.Miller@dc.gov

Counsel for the Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **EVELYN SYKES,** ) | | |
| Plaintiff, ) | | |
| ) | Civil Action No. 07-255 | |
| v. ) | RCL | |
| ) | | |
| **DISTRICT OF COLUMBIA** ) | | |
| Defendant. ) | | |
| ) | | |

# ORDER

This matter having come before the Court for an initial scheduling conference and having considered the requests of the Parties, this Court issues the following scheduling order. It is hereby

ORDERED that the Parties shall comply with the following directives:

1) The Defendants shall file the administrative record and the transcripts of the administrative hearing on or before May 31, 2007.

2) The Parties shall file their motions for summary judgment on or before June 29, 2007.

3) The Parties shall file their opposition to the motions on or before J July 31, 2007.

4) The Parties shall file their replies to the oppositions on or before August 15, 2007.

It is further ORDERED that this matter is exempt from the requirements of FRCP 26(a)(1).

SO ORDERED.

_____

ROYCE C. LAMBERTH  
United States District Judge