UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| EVELYN SYKES, Guardian and Next Friend of D.B., a Minor | ) ) ) ) |  |
| Plaintiff, | ) ) ) |  |
| v. | ) ) | Civil Action No. 1:07-255 (RCL) |
| DISTRICT OF COLUMBIA, A municipal corporation, | ) ) ) ) |  |
| Defendant. | ) ) |  |

## SCHEDULING ORDER

This matter having come before the Court for an initial scheduling conference, and having considered the requests of the parties, this Court issues the following scheduling order for this case. It is hereby

ORDERED that the parties shall comply with the following directives:

1. The defendants shall file the administrative record and the transcripts of the administrative hearing on or before May 31, 2007;

2. The parties shall file their motions for summary judgment on or before June 29, 2007;

3. The parties shall file their opposition to the motions on or before July 31, 2007;

4. The parties shall file their replies to the oppositions on or before August 15, 2007; it is further

ORDERED that this matter is exempt from the requirements of Rule 26(a)(1) of the Federal Rules of Civil Procedure.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, May 2, 2007.

Case 1:07-cv-00255-RCL    Document 8    Filed 05/02/2007    Page 2 of 2