THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EVELYN SYKES,<br>       Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br>       Defendant. | Civil Action No. 07-255<br>RCL |

### PLAINTIFFS' CONSENT MOTION FOR LEAVE TO FILE REPLY *NUNC PRO TUNC*

Pursuant to Federal Rule of Civil Procedure 6(b)(2), the Plaintiff, Evelyn Sykes, hereby moves for leave to file, *nunc pro tunc*, her Reply to the Defendant's Opposition to her motion for summary judgment and submits the attached memorandum.

Ms. Sykes' Reply Memorandum was filed, via this Court's electronic filing system, several minutes after the Court's filing deadline expired.

The Defendant, through counsel, has consented to this motion.

Respectfully submitted,

/s/_____
Douglas Tyrka, #467500
Tyrka & Associates, LLC
1726 Connecticut Ave. NW, Suite 400
Washington, DC  20009
(ph) (202) 265-4260
(f) (202) 265-4264

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| EVELYN SYKES,            )<br>            Plaintiff,     )<br>                           )<br>v.                         )<br>                           )<br>DISTRICT OF COLUMBIA,      )<br>            Defendant.    )<br>                           ) | Civil Action No. 07-255<br>RCL |

### MEMORANDUM IN SUPPORT OF PLAINTIFFS' CONSENT MOTION FOR LEAVE TO FILE REPLY *NUNC PRO TUNC*

This Court's May 2, 2007 scheduling order required each party to submit its reply memorandum by August 15, 2007. The Plaintiff's filed her Reply approximately 15 minutes after midnight, on August 16, 2007. Subsequently, Plaintiff's counsel sought and received consent to this late filing from the Defendant. Accordingly, as the delay in filing this motion is minimal and as the prejudice to the Defendant is nonexistent, the Plaintiff respectfully requests that the Court grant this consent motion and permit the late filing of the Plaintiff's Reply.

### ARGUMENT

Federal Rule of Civil Procedure 6(b) states that the Court may, upon motion made after the expiration of the specified period permit the act to be done where the failure to act was the result of excusable neglect. Fed. R. Civ. P. 6(b)(2). A determination of "excusable neglect "is at bottom an equitable one, taking account of all relevant circumstances surrounding the party's omission. These include…the danger of prejudice…the length of the delay and its potential impact on judicial proceedings, the reason for the delay, including whether it was within the reasonable control of the movant, and whether the movant acted in good faith." Pioneer Inv. Serv. Co. v. Brunswick Assocs. P'ship, 507 U.S. 380, 395 (1993).

In the instant case, the Plaintiff has sought and received consent to her late filing from the Defendant. Additionally, the Plaintiff's Reply was filed with the court several minutes after the expiration of the filing deadline. Therefore, there is no danger of prejudice to the Defendant, the length of the delay was a matter of minutes with no discernible impact on judicial proceedings, and the delay in filing was not in bad faith, as evidenced by the Plaintiff's immediate request for the Defendant's consent.

The Plaintiff therefore respectfully requests that the Court grant her consent motion for leave to file *nunc pro tunc*, so that it may consider all of the parties' arguments and filings.

Respectfully submitted,

/s/ _____
Douglas Tyrka, #467500
Tyrka & Associates, LLC
1726 Connecticut Ave. NW, Suite 400
Washington, DC  20009
(ph) (202) 265-4260
(f) (202) 265-4264

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EVELYN SYKES,<br>      Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br>      Defendant. | )<br>)<br>)<br>)  Civil Action No. 07-255<br>)  RCL<br>)<br>)<br>)<br>) |

### ORDER

In consideration of the Plaintiff's Consent Motion for Leave to File Reply *nunc pro tunc*, it is hereby

ORDERED that the Plaintiff's Consent Motion will be granted, and further

ORDERED that the Plaintiff's Reply is accepted into the record *nunc pro tunc*.

 

_____
Royce C. Lamberth
United States District Judge