UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| EVELYN SYKES, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-255 (RCL) |
| DISTRICT OF COLUMBIA, | ) |
| Defendant. | ) |

## ORDER

Upon consideration of plaintiff's Consent Motion [16] for Leave to File Reply *nunc pro tunc*, it is hereby

ORDERED, that the plaintiff's Consent Motion [16] is GRANTED; and it is further

ORDERED, that the plaintiff's Reply is accepted in the record *nunc pro tunc*.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, August 20, 2007.