# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EVELYN SYKES, <br> Guardian and Next Friend of D.B., a Minor, <br><br> Plaintiff, <br><br> v. <br><br> DISTRICT OF COLUMBIA, <br> A municipal corporation, <br><br> Defendant. | Civil Action No. 07-0255 (RCL) |

## <u>NOTICE OF FILING</u>

Pursuant to this Court's request, the Defendant District of Columbia, by counsel, here submits documents regarding the student's current status and placement at Marshall Educational Center.  An index is attached hereto.  Consistent with LCvR 5.4(f), the Defendant has redacted personal information about the minor D.B., including his name, date of birth and Social Security Number.

Respectfully submitted,

LINDA SINGER
Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

**/s/ Edward P. Taptich**
EDWARD P. TAPTICH
Chief, Equity Section 2
Bar Number 012914

**/s/ Eden I. Miller**
EDEN I. MILLER
Assistant Attorney General
Bar Number 483802
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6614
(202) 727-3625 (fax)
September 25, 2007          E-mail: Eden.Miller@dc.gov

Sykes. v. District of Columbia
Civil Action No. 07-0255 (RCL)

# INDEX OF DOCUMENTS

**Exhibit**          **Description**                                              **Page**

Exhibit 1          SHO Hearing Notice, dated 9/12/07…………………………1

Exhibit 2          Due Process Complaint Notice, dated 7/27/07……………3

Exhibit 3          Documents from the 6/12/07 Meeting……………………...8

&bull; IEP…………………………………………………... 9

&bull; MDT Prior to Action Notice…………………………...13

&bull; Compensatory Education Plan…………………………16

&bull; MDT Student Evaluation Plan…………………………17

&bull; Notice to Parent of Intent to Evaluate…………………18

&bull; Consent for Evaluation………………………………… 20

&bull; MDT Meeting Notes……………………………………21

Exhibit 4          Letter from Ms. Batson regarding Student's Progress,……...28
                   dated 3/9/07, and supporting documents including:

&bull; Attendance Summary for 8/11/06 - 3/9/07……………. 30

&bull; IEP Report Card, dated 2/2/07…………………………31

Exhibit 5          HOD, issued 2/15/07……………………………………...33

Exhibit 6          Documents regarding 1/30/07 Meeting…………………… 39

&bull; Confirmation of Meeting Notice ………………………40

&bull; MDT Meeting Notes…………………………………… 41

&bull; MDT Prior to Action Notice……………………………45

&bull; Procedural Manual Receipt, dated 1/30/07……………47

Sykes. v. District of Columbia
Civil Action No. 07-0255 (RCL)

Exhibit 7        Psychoeducational Evaluation,…………………………….. 48
                dated 10/4/06, 11/1/06

Exhibit 8        Speech and Language Evaluation, dated 9/29/06………….. 62

Exhibit 1

# District of Columbia Public Schools
### *State Enforcement & Investigation Division*
## STUDENT HEARING OFFICE
1150 5ᵗʰ Street, S. E.
1ˢᵗ Floor
Washington, D.C. 20003
PHONE: (202) 698-3819
FAX: (202) 698-3825



### HEARING NOTICE

| MEMORANDUM VIA: [√] FACSIMILE [ ] MAIL [ ] HAND DELIVERY |
|---|

**TO:** Parent (or Representative): **D. Tyrka**          Fax No.: **(202) 265-4264**

       LEA Legal Counsel:   **OGC**                 **(202) 442-5098**

**RE:** ~~Benson, Daniel~~          and (LEA)  DOB: ██/95
       Student's Name

**FROM:**    SHARON NEWSOME
       Special Education Student Hearing Office Coordinator

**DATE SENT:**     **9/12/07**

The Student Hearing Office received your Request for Due Process Hearing or Mediation for the above named student on 7/27/07. Please be advised that the hearing has been scheduled for:

        **DATE:**      **9/27/07**

        **TIME:**      **9:00 & 11:00 AM**

        **AT:**      **1150 5ᵗʰ Street, S. E. , Washington, D.C. 20003**
           1ˢᵗ Floor

        ASSIGNED HEARING OFFICER: _____

**[ ] THIS IS A FINAL NOTICE OF HEARING:** If you wish to request a continuance of this hearing, you must submit your request to the Special Education Student Hearing Office at the above address, or by fax at 202 442-5556. All decisions regarding continuances are made *exclusively* by the Hearing Officer, and cannot be made by SHO administrative staff. Unless you receive notice that the Hearing Officer has granted your request for a continuance, you must appear for the hearing as scheduled above.

**[√] THIS IS A PROVISIONAL NOTICE OF HEARING:** The SHO was unable to accommodate any of your proposed dates. If you are unavailable for the above date, you must inform the SHO in writing (letter or fax) that the date is unavailable and specify times during the next four business days when you are either available or unavailable for a teleconference with the Hearing Officer. If the SHO does not receive a response from you within three business days of your receiving this provisional notice, the notice becomes a final notice of hearing that may be modified with only a request for a continuance.

Failure to appear for a properly scheduled hearing may result in dismissal of the case or a default judgment against you. Disclosure of evidence and witnesses to the opposing party is required at least **five business days** prior to the hearing with copies to the Special Education Student Hearing Office.

Exhibit 2

## DUE PROCESS COMPLAINT NOTICE
In re D████ B█████
July 27, 2007

| | |
|---|---|
| **Petitioner:** | Evelyn Sykes |
| **Student:** | D████ B█████ |
| **DOB:** | ████/95 |
| **Current School:** | Thurgood Marshall Education Center ("Marshall") |
| **Residence:** | 3930 Blaine Street, N.E. |
| | Washington, DC 20019 |

**Petitioner's Contact Information for Special Education Purposes:**

Tyrka & Associates, LLC
1726 Connecticut Ave. N.W. Suite 400
Washington, D.C. 20009
Tel: 202-265-4260
Fax: 202-265-4264

**Hearing Time Requested: 4 Hours**

**Violations:**

1. Failure to conduct all necessary evaluations and reevaluations.
2. Failure to develop an appropriate individualized education program ("IEP").
3. Failure to provide all prescribed specialized instruction and related services.
4. Failure to provide an appropriate special education placement.

**Facts:**

**Failure to conduct all necessary evaluations and reevaluations.**

1. Since June 4, 2004 at the latest, DCPS has been aware of the need for an opthmalogical evaluation of D████.
2. DCPS has never conducted an opthamological evaluation of D████.
3. Since November 1, 2006 at the latest, DCPS has been aware of the need for a new occupational therapy ("OT") evaluation, a clinical psychological evaluation, and a psychiatric evaluation.
4. On January 30, 2007, the Petitioner requested that DCPS conduct OT, psychiatric and clinical psychological evaluations of D████.
5. On June 12, 2007, DCPS acknowledged that psychiatric, clinical psychological and OT evaluations of D████ were warranted.
6. Since November 1, 2006, DCPS has not performed an OT, clinical psychological, or psychiatric evaluation of D████.

**Failure to develop an appropriate IEP.**

7. DCPS developed an IEP for D████ on May 9, 2006.
8. A September 15, 2006 HOD found that D█████ May 9, 2006 IEP was inappropriate due to:
   a) its failure to prescribe any OT services,
   b) the absence of a justification of the reclassification of D█████ disability from ED or MD to LD, and
   c) the absence of a justification of the reduction in prescribed speech and language services for D████.
9. DCPS did not convene a meeting to review and revise D█████ IEP until June 12, 2007.
10. At the June 12, 2007 meeting, DCPS developed an IEP that:
    a) classifies D████ as LD only;
    b) prescribes no speech and language therapy, and no justification for its removal;
    c) prescribes no OT services,
    d) prescribes no increase in specialized instruction.
11. At the June 12, 2007 meeting:
    a) the Petitioner requested that DCPS consider full-time special education placements for D████,
    b) DCPS refused to consider such a placement;
    c) DCPS did not explain their refusal to consider a full-time placement, and did not issue a adequate prior written notice explaining their refusal to change the placement.
12. D█████ current IEP:
    a) does not contain an accurate and appropriate disability classification,
    b) does not prescribe sufficient specialized instruction,
    c) does not prescribe necessary tutoring,
    d) does not prescribe sufficient related services,
    e) is not appropriate.

**Failure to provide all prescribed specialized instruction and related services.**

13. D█████ May 9, 2006 IEP prescribed:
    a) 15 hours per week of specialized instruction, not in a general education setting,
    b) 1 hour per week of psychological services, and
    c) 30 minutes per week of speech and language therapy.
14. D█████ June 12, 2007 IEP prescribes:
    a) 15 hours per week of specialized instruction, not in a general education setting, and
    b) 1 hour per week of psychological services.
15. The Petitioner has requested all of D█████ relevant records educational records at multiple MDT meetings.
16. DCPS has provided:
    a) an attendance summary, and
    b) a packet of schoolwork, homework and tests, but
    c) no IEP report cards, progress reports or encounter tracking forms tending to prove that D████ has received the specialized instruction and related services prescribed on his IEPs.

17. On information and belief, DCPS has not provided D▆▆▆ all the specialized instruction and related services prescribed in his IEP since May 9, 2006.

**Failure to provide an appropriate special education placement.**

18. D▆▆▆ began attending Marshall on or about November 7, 2006.
19. DCPS has repeatedly admitted that Marshall cannot implement D▆▆▆▆ IEP, and that it is not an appropriate placement for D▆▆▆.
20. At the June 12, 2007 meeting:
    a) the Petitioner requested that DCPS consider full-time special education placements for D▆▆▆,
    b) DCPS refused to consider such a placement;
    c) DCPS did not explain their refusal to consider a full-time placement.
21. DCPS has not provided adequate prior written notice to the Petitioner regarding its refusal to change D▆▆▆▆ placement from Marshall.
22. D▆▆▆▆ May 9, 2006 IEP:
23. Marshall has never been an appropriate placement for D▆▆▆.

**Proposed resolution:**

1. DCPS to be found to have denied D▆▆▆ FAPE by failing:
    a) to conduct and review all necessary evaluations,
    b) to develop an appropriate IEP,
    c) to provide all prescribed specialized instruction and related services,
    d) to provide an appropriate special education placement.
2. DCPS immediately to fund and place D▆▆▆ at an appropriate full-time special education placement of the Petitioner's choosing.
3. DCPS immediately to fund independent psychiatric, clinical psychological, OT and opthalmological evaluations of D▆▆▆, each at market rate.
4. DCPS to convene an MDT meeting within 10 days of receiving the last of D▆▆▆▆ independent evaluations, and at that meeting to:
    a) review all D▆▆▆▆ current evaluations,
    b) revise D▆▆▆▆ IEP as appropriate, and
    c) develop an appropriate compensatory education plan to compensate D▆▆▆ for DCPS' failures:
        i) to conduct and review all necessary evaluations,
        ii) to develop an appropriate IEP,
        iii) to provide all prescribed specialized instruction and related services, and
        iv) to provide an appropriate special education placement.
5. DCPS to pay reasonable attorney fees and costs incurred in bringing and pursuing this case.

**Resolution Meeting:**

1. The Petitioner contends that a representative of the LEA with authority:
    a. immediately to fund and place D▆▆▆ at an appropriate full-time special education placement of the Petitioner's choosing,

6

   b.  to authorize funding for psychiatric, clinical psychological, OT and opthamological evaluations of D████, each at market rate,
   c.  to schedule an MDT meeting within 10 days of receiving the last of D████ independent evaluations, and
   d.  to negotiate attorney's fees for work performed prior to the resolution meeting
is necessary attendees at any resolution meeting.

2.  If this individual is not going to be in attendance, Petitioner requests that DCPS provide counsel with a written notice waiving its right to a resolution session 48 hours prior to any scheduled meeting.

3.  The Petitioner contends that any meeting not attended by the identified individual is not a valid resolution session, but rather an informal settlement discussion.

4.  The Petitioner will be accompanied by his or her attorney at any resolution session convened subsequent to the filing of this complaint and will record any resolution session by analog or digital means.

5.  Any statements by the Petitioner or his or her representative during any resolution meeting or other settlement discussion incident to the filing of this complaint are for the purposes of compromise only.

Respectfully submitted,

Douglas Tyrka, #467500
Tyrka & Associates, LLC
1726 Connecticut Ave NW, Suite 400
Washington, DC  20009
(ph) (202) 265-4260
(f) (202) 265-4264

7

Exhibit 3

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## WASHINGTON, D.C.
## INDIVIDUALIZED EDUCATIONAL PROGRAM

DCPS - IEP  Page 1 of 4

Additional Comments:

## I. IDENTIFICATION INFORMATION

Student Name: Last B█████        First D████        MI

Student ID 9083058    Soc. Sec. No. ███████        Age: 12    Grade  06

Gender [X] M [ ] F    Date of Birth  ██/1995    Ethnic Group  Black

Address  3930  Blaine St NE        NE
House No.   Street Name        Quadrant   Apartment #
        Washington    DC    20019
        City    State    Zip Code

[ ] Non-attending

Attending School  Marshall Elementary        Home School

[X] Elem. [ ] Mid/JHS [ ] SHS [ ] CWS /

Parent    Ms. Skyes

Address of (if different from student):    [X] Parent [ ] Guardian [ ] Surrogate

House No.   Street Name    Quad.   Apt. No.   City        State   Zip Code
Telephone: Home 2023885524        Work

## II. CURRENT INFORMATION

Date of IEP Meeting:  6/12/2007

Date of Last IEP Meeting:    5/9/2006

Date of Most Recent Eligibility Decision:    5/24/2005

Purpose of IEP Conference:
[ ] Initial IEP    [X] Review of IEP
[ ] Requested Eval.    [ ] 3yr ReEval.

Indicate Level of Standardized Assessment:
Level III

ADDENDA TO BE ATTACHED AS NEEDED
Check the appropriate box(es)
[ ] BEHAVIOR    [ ] TRANSPORTATION
[ ] ESY    [ ] TRANSITION

## III. LANGUAGE

| | Language | Language Used for Evaluation | Language Used in Conference | Communication Requirements | To be completed by Office of Bilingual Education English and Math Proficiency Assessment |
|---|---|---|---|---|---|
| Student | English | English | English | Native Language | Oral |
| Parent | English | English | English | Native Language | Rdg / Written |
| Home | English | English | English | Native Language | Instrument: |
| | | | | | Date: |

## IV. SPECIAL EDUCATION AND RELATED SERVICES SUMMARY

| SERVICES | SETTING | | | | | | FREQUENCY | | PROVIDER | BEGINNING DATE | DURATION | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | GenEd | | | SpecEd | | | | | (by discipline) | mm/dd/yyyy | # | wks/mos |
| | Ses. | Time | Total | Ses. | Time | Total | Hr./ Min | D/W/M | | | | |
| Specialized Instruction | 0 | 0 | 0 | 5 | 3 | 15 | Hrs | Week | Special Education Teacher/R | 6/13/2007 | 10 | Month |
| Psychological Services | 0 | 0 | 0 | 1 | 1 | 1 | Hrs | Week | School Social Worker | 6/13/2007 | 10 | Month |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| TOTAL HOURS: | | | 0 | | | 16 | Total Combined Hours Per Week: | | | | | |

## V. Disability(ies) Learning Disabled

Percent of time in Specialized Instruction and Related Services
[ ] 0-20%  [X] 21-60%  [ ] 61-100%

[ ] (Check if setting is general Ed.)

Percent of time NOT in a General Education Setting    50 %

## VI. IEP TEAM (Participants in the development of the IEP)

Print and sign your name below.

Ms. Sikes — Parent
Ms. Aremo — Special Ed
Ms. Williams — General Ed Teacher
Ms. Batson — LEA Representative
Ms. Franklin — Principal or Designee

Student
Ms. Penn — Psychologist
Mr. Byrd — Social Worker

*I AGREE* with the contents of this IEP. I have had an opportunity to be involved in the development of this IEP. I have received a copy of this IEP and consent to the implementation of the services in the IEP. I have received a copy of the procedural safeguards and parent rights pertaining to special education

Parent/Guardian Signature  The Parent does not agree...

| Student Name | ████████  B████ | Managing School | T. Marshall EC | DCPS - IEP |
| Student ID Number | 9083058 | DOB ████ /95 | Attending School | T. Marshall EC | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**   Additional Comments:                                Goal Number: [ I ]

Area addressed by goal: Academics (Reading & Language Arts)

**ANNUAL GOAL:** (including mastery criteria )

████████ will demonstrate one year growth in English and Language Art by mastering the Short-term goals by 80% accuracy.

Provider(s): Special and General Education Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Given a word list on 5th and 6th grade level ████ will use strategies to identify and spell the word correctly. | | Monthly |
| Given a reading selection, ████ will be able to answer questions related to the selection correctly in 4 out of 5 trials. | | Monthly |
| Given a reading selection, student will be able to sequence the events with 80% accuracy | | Monthly |
| Student will be able to read variety of materials and write book report based on his reading level. | | Monthly |
| ████ will be able to write 3 to 4 paragraphs on a given topic using correct punctuation and spelling. | | Monthly |
| ████ will answer who, what, why, where and when question to understand reading selection. | | Monthly |

**EVALUATION PROCEDURE(S)**

Portfolio      Log      Chart    ☑ Test    ☑ Documented Observation      Report      Other _____

| Student Name | B_____ | Managing School | T. Marshall EC | DCPS · IEP |
|---|---|---|---|---|
| Student ID Number | 9083058 | DOB | ___/95 | Page 3 of 4 |
| | | Attending School | T. Marshall EC | |

**VIII. SPECIALIZED SERVICES**    Additional Comments:    Goal Number: 2

Area addressed by goal: _Academics (Mathematics)_

ANNUAL GOAL: (including mastery criteria )

_____ will demonstrate one year growth in the academic area of mathematics by mastering the short-term objectives with 80% accuracy.

Provider(s): Special and General Education Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| - _____ will solve word problems involving addition, subtraction and multiplication | | Monthly |
| Given a model of fractional parts, _____ will identify the correct fraction in 4 out of 5 trials | | Monthly |
| At his instructional level, _____ will divide whole numbers in 4 out of 5 trials | | Monthly |
| - Student will find the mean, median, mode and range of a group of numbers 4 out of 5 trials. | | Monthly |
| - _____ will find the perimeter of an object | | Monthly |
| - Given a teacher prompt, _____ will recite and write multiplication facts for factor 0-12. | | Monthly |

**EVALUATION PROCEDURE(S)**

Portfolio    Log    Chart    ✓ Test    ☑ Documented Observation    Report    Other

| Student Name | D███  B███ | Managing School | Marshall Elementary | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number 9083058 | DOB ███1995 | Attending School | Marshall Elementary | Page 4 of 4 |

**Additional Comments:** ☐

## IX. LEAST RESTRICTIVE ENVIRONMENT (LRE) DETERMINATION SERVICE ALTERNATIVES

Can curricular modification, accommodation and/or supplemental aids and services be used for a LRE setting in general education? ☒ Yes ☐ No

Explanation for removal out of regular education classroom.

## X. Supplementary Aids and Services

| Classroom Needs (Do not name products or companies.) | SETTING GenEd | SpEd | Total | FREQUENCY Hr./ Min | D/W/M. | PROVIDER (by discipline) | BEGINNING DATE (mm/dd/yyyy) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Check and list modifications and/or accommodations for testing: ☐ None needed

| | |
|---|---|
| Timing/Scheduling: | Extended time |
| Setting. | Preferential seating |
| Presentation: | Directions read aloud |
| Response: | Specific praise for appropriate behavior, improvement in work, effort |
| Equipment: | |

## XI. STATE AND DISTRICT ASSESSMENTS:

☐ Level I   Tested with non-disabled peers under standard conditions without accommodations.

☒ Level III  (Describe non-uniform conditions for level III) Tested under non-standard conditions with permissible accommodations

☐ Level V Portfolio:

☐ Level II   (Describe accommodations for level II) Tested under standard conditions with special accommodations.

☐ Level IV   (Describe the alternate assessment)

## XII. Areas Requiring Specialized Instruction and Related Services:          Modifications:

☒ Reading          ☐ Physical/Sensory      ☐ Transition          ☒ Language Arts/English
☒ Mathematics      ☒ Social Emotional      ☐ Vocational          ☐ Social Sciences
☐ Written Expression  ☐ Physical Development  ☐ Independent Living  ☐ Biological & Physical Sciences
☐ Other            ☐                       ☐ Speech/Language     ☐ Fine Arts
☐ None          Apply annual goal(s), objectives and/or modifications to address barriers in each area checked above.

## XIII. PLACEMENT CONSIDERATIONS AND JUSTIFICATION

| DESCRIBE CONSIDERATIONS | ACCEPT/REJECT REASONS | POTENTIAL HARMFUL EFFECTS |
|---|---|---|
| Combination General Education and Resource Classro | Accepted | |
| | | |
| | | |
| | | |

Modification(s)/Accommodation(s) to address the harmful effects:

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
SPECIAL EDUCATION

MULTIDISCIPLINARY TEAM (MDT)

**Prior to Action Notice**

Check Purpose:

[ ] Initial Evaluation

[ ] Initial Placement

[X] Reevaluation

Date 6/12/2007

Student D____ B____                                    DOB ___/1995

School Marshall Elementary

Current Disability Category  LD

Setting  Combination general education and resource classroom

| | |
|---|---|
| [ ] | Change in Category Exit |
| [ ] | Related Service Add |
| [ ] | Related Service |
| [ ] | Change in Placement |
| [X] | Annual |
| [ ] | Other |

Dear Ms. Skyes

State and federal laws regarding students with disabilities require school systems to notify and inform parents of certain changes being made to their children's education program.
Therefore, you are being notified of the following proposed changes:

[X] Proposes to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child.

[ ] Refuses to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child.

[ ] Other

A multidisciplinary team (MDT), of which you were an invited member, has made the following decisions about your child: (check all that apply)

[ ] Your child is not eligible for special education service(s)

[X] Your child is eligible or continues to be eligible to receive special education services as a student with LD

[ ] Your child will begin receiving _____ as a related service(s).

[ ] Your child will no longer receive _____ as a related service(s).

[ ] Your child's category of disability is being changed from _____ to _____

[ ] Your child's alternative placement on continuum (next setting) is being changed.

from _____ to _____

[ ] Your child is no longer eligible and will be exited from the special education program.

[ ] Other: _____

Location of Services  Marshall Elementary

**Description and Explanation of agency action proposed or refused.**

combination setting was accepted because student can be successful in the inclusion classroom

**Description of Other Options Considered and reasons for rejection of each option**

out of general education setting -rejected
general education setting - rejected

Other relevant factors to the decision-  n/a

MDT Members:

| | | |
|---|---|---|
| [X] Principal or Designee | [X] General Education Teacher | [X] Psychologist |
| [X] Parent | [X] Special Education Teacher | [ ] Other _____ |
| [ ] Student | [ ] Speech and Language | |
| [X] Social Worker | [X] *LEA & Interpreter (*may be one) | |

Parents may bring individuals to participate in the MDT meeting. These participants should have knowledge or special expertise regarding the child. The following individuals invited by parent:

Any questions you may have concerning your child's program may be directed to the principal.
You are protected under the Procedural Safeguards for parents, which are enclosed for your information.
If I can be of assistance to you, or have questions regarding the Procedural Safeguards.
please contact Tiffany Batson              at (202)576-6900             (school telephone number)

See attachments for - EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED

13

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**SPECIAL EDUCATION**
**MULTIDISCIPLINARY TEAM**
**(MDT)**

Student  D_____  B_____   DOB ___/199_ Age 12  Grade 06  ID 9083058

You have the right to challenge the recommendations by requesting Mediation or a Due Process Hearing before an impartial hearing officer. To initiate a mediation or hearing, you will need to complete a REQUEST FOR MEDIATION or DUE PROCESS HEARING form and mail it to the address listed below:

**Student Hearing Office**
D.C. Public Schools
825 North Capitol Street, N.E. 8th floor
202-442-5432

You have the right to be represented at the hearing by legal counsel.
A copy of Parent's Procedural Safeguards handbook is provided.
A list of free or low cost legal service, for which you may qualify depending on your income, is included.
If you would like an additional copy, please contact the principal.

**EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED**

Test/Description:

Classroom Observation - assesses present functioning of the student within the classroom environment.

Date of Report: 6/11/2007

Test/Description:

Date of Report:

Test/Description:

Date of Report:

Test/Description:

Date of Report:

Test/Description:

Date of Report:

Test/Description:

Date of Report:

Test/Description:

Date of Report:

Test/Description:

Date of Report:

Test/Description:

Date of Report:

Test/Description:

Date of Report:

**Free or Low Cost Legal Services**

| | | | | |
|---|---|---|---|---|
| Neighborhood Legal Services 701 4th Street, N.E. Washington, D.C. 20001 202-682-2700 (NW) 202-682-2732 (NE) Fax 202-682-0588 | Neighborhood Legal Services 1213 Good Hope Road, S.E. Washington, D.C. 20020 202-678-2000 Fax 202-889-3374 | University Legal Services 300 I Street, N.E. Washington, D.C. 20002 202-547-0198 Fax 202-547-2662 | The Children's Law Center Inc. 1050 Connecticut Avenue, N.W. Suite 1200 Washington Square Washington, D.C. 20036-5317 202-467-4900 Fax 202-467-4949 | National Coalition for Students with Disabilities 10560 Main Street, Suite 417 Fairfax, VA 22030 703-267-6588 (fax) 703-267-6992 |

MDT Prior to Action Notice
03-30-2004

214

## DOCUMENTED LEVEL OF SERVICE
### Complete and attach to MDT/IEP meeting notes

| | | | |
|---|---|---|---|
| School  Marshall Elementary | Principal  Ms. Powell | Special Education Coordinator  Tiffany Batson | |
| Date 6/12/2007  Case Manager  Ms. Batson | | Assistant Director  Carol Helton | |
| Student  D___ B___ | DOB __/1995  Age 12  Grade  06  ID# 90830_8 | SSN# _____ | |
| Parent  Ms. Skyes | Telephone (H) 2023885524 | (W) | |

Address: 3930  Blaine St NE                    NE        Washington                    DC      20019
Street #    Street                                      Quad  Apt. No.  City                      State    Zip Code

REFERRAL SOURCE: (Check) ☐ 120 Day  ☐ Reeval.  ☐ HOD  ☐ SA  ☐ MA  ☒ Annual

☐ Nonpublic  ☐ Residential  ☐ Citywide  ☐ Courts  ☒ Local School  ☐ Other:

Previous least restrictive environment (LRE Setting).   Combination general education and resource classroom

## JUSTIFICATION FOR SETTING CONSIDERATION
### (Submit TAT/MDT Documentation)
### SUPPORTIVE DATA/DOCUMENTATION

| 2. ACCOMMODATIONS/ MODIFICATIONS | 3. DATA REQUIREMENTS | | | | |
|---|---|---|---|---|---|
| Directions read aloud, Extended time, Preferential seating, Repeated review/drill | Current IEP | Yes ☒ | No ☐ | | |
| | Signatures of required participants (MDT notes) | Yes ☒ | | | |
| | Intervention Behavior Plan | Yes ☐ | | | |
| | Copies of current class work and homework assignments | Yes ☒ | | | |
| | Medical Reports | Yes ☐ | No ☒ | | |
| | Clinical Reports | Yes ☐ | No ☒ | | |
| | Psychiatric Reports | Yes ☐ | No ☒ | | |
| | Medications | Yes ☐ | No ☒ | | |
| | Attendance Record | Yes ☒ | | | |
| | Copies of most recent evaluation(s) | Yes ☒ | | | |

| 4. Results of all interventions: (TAT, MDT, etc. and attach meeting notes.) | 5. Resources needed for program implementation |
|---|---|
| see iep folder | n/a |

## 6. CURRENT SETTING CONSIDERATIONS

| ROW | SETTING in neighborhood school (Determined through the IEP team.) | SERVICE PROVIDER (Based on documented need) | LEVEL OF SERVICE (Based on documented need) |
|---|---|---|---|
| 1 | ☐ in general education classroom setting | ☐ general educators with consultation from special education staff | ☐ between 0% and 20% of service time |
| 2 | ☐ combination general education and resource classroom | ☐ combination of general educators, special educators and related service providers | ☒ between 21 % and 60% of service time |
| 3 | ☐ *out of general education classroom | ☐ special educators and related service providers | ☐ between 61 % and 100% of service time |

*In providing or arranging for the provision of nonacademic and extracurricular service and activities, including meals, recess period, and the services and activities, each public agency shall ensure that each child with a disability participates with non-disabled children in those services and activities (300.306) to the maximum extent appropriate to the needs of that child. (300.553) Nonacademic settings.

### Check the level of need as indicated:
### DIRECTIONS:

| | |
|---|---|
| If two or three boxes are checked in the Row 1, check LOW. If two or three boxes are checked in the Row 2, check MODERATE. If two or three boxes are checked in the Row 3, check HIGH. | If one box is checked in each row, check either MODERATE or HIGH, depending on the need of the student. |

## 7. LEVEL OF NEED

| ☐ LOW | ☐ MODERATE | ☐ HIGH |
|---|---|---|

**COMPENSATORY EDUCATION PLAN\***

**Section I:**
Student Name D_____ B_____    DOB _____ /95  Sex M  Grade 6
Age _____ Date of IEP 06/12/07  Date of Proposal 6/12/07  Home School ~~The~~ Benning E.S.
Attending School: Marshall E.C.    Disability: _____
Language English    Address: 3930 Blaine St. NE, W DC 20019
Parent Name: Evelyn Sykes    Phone(H): 202-388-5790W)
Instructional/Related Services Missed: Specialized Instruction, Psychological counseling
Time Period for Delay/Disruption: _____
Description of Compensatory Education due to: ✓ HOD\*\*  SA\*\*  other: DCPS agrees to provide
145 hours of Specialized instruction & 102 hours of
psychological counseling to be provided independently
within of the superindents road guidelines for each of
the services.

**Section II: Compensatory Education Services to be Provided:**

| Skill Areas | Provider | Beginning Date | Duration |
|---|---|---|---|
| Specialized Instruction | Special Ed, Teacher | TBD | Until completed |
| Psychological Counseling | Psychologist/Social Worker | TBD | Until completed |
| | | | |
| | | | |

Parent Signature: _____    Principal Signature: _____
MDT Members:    Position:
Shari Franklin  SES DCPS    Evans  PED teacher
_____  Teacher    Tiffany B  tison Sped Coordinator

**Section III: Signatures for Services Rendered:**

| Provider | Service | Total Hrs. Recd. | Date |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

Principal Signature: _____    Date _____

**Section IV:** If the services on the plan are not completed by the end of the school year, or if the student transfers before the services are concluded, the IEP/MDT completes the bottom portion of this proposal, attaches the proposal, lesson objectives, and progress report to the new or current IEP, and files the IEP in the student's special education folder. For the transferring student, the special education records, inclusive of the IEP and compensatory education documents, are forwarded to the receiving school. Copies of documents must be forwarded to the Mediation and Compliance Unit.

| Services | Frequency | | Setting | Total Hrs. or Wks. Of |
|---|---|---|---|---|
| | Hr/Min | Wk/Mo | | Service Remaining |
| | | | | |
| | | | | |
| | | | | |

\*Complete a MDT/IEP Meeting Note Page and attach meeting page and Compensatory Education Plan to IEP. Copy of the Plan must be forwarded to the Mediation and Compliance Unit, Division of Special Education within five (5) school days. \*\*HOD/SA must be attached.

16

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
DIVISION OF SPECIAL EDUCATION
WASHINGTON, D.C.

**MULTIDISCIPLINARY TEAM**
**(MDT)**
STUDENT EVALUATION PLAN
(SEP)

| MDT |
|-----|
| SEP |

MDT REFERRAL DATE: 6/12/07                    MEETING DATE: 6/12/07

STUDENT: D___ B___    DOB: _/_/1995  AGE: 11  GRADE: 6  SCHOOL: Marshall EC

STUDENT IDENTIFICATION NUMBER: 9083058    TEACHER / HOMEROOM: Ms. Williams

ADDRESS: 3930 Blaine Street NE           Washington   DC   20019
   Street #   Street Name        Quadrant   Apartment #   City   State   Zip Code

PARENT(S)/GUARDIAN: Ms. E. Stokes      TELEPHONE (H): 2/3 '85 24 (W):

**Summarize Area(s) of Concern:**

Student will be tested in an occupational assessment

**Team Recommendations:**

The OT will be conducted. Once the parent gives the
school information from her son's psychiatrist the
school psychologist will determine if a clinical social
emotional component of comprehensive psychological
is warranted.

**EVALUATION(S) IN AREA(S) OF LEARNING CONCERN(S)**

| ASSESSMENT (√) | ASSESSOR | TEST INSTRUMENT | TIMELINE ASSIGNED | DUE DATE |
|---|---|---|---|---|
| ☑ Clinical Psychological -SE. | Ms. Penn | To be conducted once the psychiatric is conducted by the parent's psychiatrist | | |
| ☐ Speech/Language | | | | |
| ☐ Social History | | | | |
| ☐ Audiological | | | | |
| ☐ Vision Screening | | | | |
| ☐ Medical | | | | |
| ☐ Educational | | | | |
| ☐ Hearing Screening | | | | |
| ☑ Other  Occupational Therapist | Other  TBD | Other  TBD | 26/13/07 | |

| TEAM MEMBERS: NAME | POSITION | TEAM MEMBERS: NAME | POSITION |
|---|---|---|---|
| [signature] | Parent | | |
| Shari Franklyn | SES, Designee | [signature] | Sp. Ed Teacher |
| Isadella Williams | Teacher | Tiffany Bateson | SpEd Coordinator |
| Damon Dyl, NSW | Social Worker | [signature] | SPED advocate |

The MDT meeting to discuss the evaluation results is scheduled on _____ at _____ in room _____

Place completed form in MDT folder.
DISTRICT OF COLUMBIA PUBLIC SCHOOLS    07-02-2001    DIVISION OF SPECIAL EDUCATION    MDT - SEP    APPENDIX - A    17

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**

INTENT Page 1

## NOTICE TO PARENT OF INTENT TO EVALUATE/REEVALUATE

Date: 06/12/07

To Ms. Sykes.
3930 Blaine St. NE
Washington DC. 20019.

Telephone: (H) (202) 388-5524

Dear Ms. Sykes.

Ref ___ error
DOB ___ /95
ID # ___
(W) ___

The District of Columbia Public Schools is requesting that ~~D___ B___~~ be available for testing for the following tests, on the indicated date, at the school.

| ASSESSMENT | ASSESSOR | TEST INSTRUMENT | TEST DATE ASSIGNED | ADMINISTERED |
|---|---|---|---|---|
| ☒ Psychological /SE.C | (See MDT notes). | | | |
| ☐ Speech/Language | | | | |
| ☐ Social History | | | | |
| ☐ Audiological | | | | |
| ☐ Vision Screening | | | | |
| ☐ Medical | | | | |
| ☐ Educational | | | | |
| ☐ Hearing Screening | | | | |
| ☒ Other | Other: Occupational Eval | Other: TBD | Other: 06/12/07 | |

## LIST OF TESTS WITH DESCRIPTIONS

☐ **Bayley Scales of Infant Development-II** - an individually administered instrument that measures motor, mental and social development in infants and children from 1 month to 42 months of age.

☐ **Bender Visual Motor Gestalt Test** - measures perceptual motor skills to determine visual-motor gestalt functioning and neurological soft-signs in ages 4 to 12 years using the Koppitz Scoring System.

☐ **Children's Apperception Test** - a projective story-telling technique for personality evaluation in ages 3 to 10 years.

☐ **Clinical Evaluation of Language Functions - III** - assesses the child's language functioning including processing and production.

☐ **Conner's Parent and Teacher Rating Scales** - a paper-and-pencil instrument measuring problem behaviors of children and adolescents as reported by the child's teacher, parents, or alternate caregiver.

☐ **Developmental Test of Visual Motor Integration (VMI)** - assesses visual perception and motor coordination in ages 3 years and up using a more structured booklet format.

☐ **Expressive One Word Picture Vocabulary Test** - assesses the child's single word expressive vocabulary.

☐ **Fisher-Logemann Test of Articulation Competence** - assesses articulation proficiency with single sounds, consonant blends, and vowel production.

☐ **Goldman-Fristoe Test of Articulation** - assesses the production of consonants in simple and complex contexts.

## NOTICE TO PARENT OF INTENT TO EVALUATE/REEVALUATE

INTENT Page 2

Student **D___ B___**   DOB **__95**   Age **12**   Grade **6**   ID **9083058**

- [ ] **Goodenough-Harris Drawing Test** - a projective drawing procedure measuring intellectual perceptual-motor maturity and personality through the use of drawings of self and a member of the opposite sex in ages 3 to 15, 11 years.
- [ ] **House-Tree-Person** - a projective drawing technique providing insight into personality structure, physical concerns, and social-emotional adjustment in children and adolescents.
- [ ] **Kaufman Assessment Battery for Children** - assesses the ability to solve problems using simultaneous and sequential metal processes in four global areas: Sequential Processing, Simultaneous Processing, Mental Processing, and Achievement.
- [ ] **Kaufman Test of Educational Achievement (KTEA)** - an individually administered instrument measuring achievement skills in reading decoding, mathematics applications, spelling, reading comprehension, and mathematics computation.
- [ ] **Kinetic Family Drawing** - a projective drawing technique measuring one's perception of her family and her role within the family.
- [ ] **Oral Peripheral Speech Examination** - a procedure to determine whether the examinee can appropriately use the lips, tongue, mouth, etc.
- [ ] **Peabody Individual Achievement Test-Revised (PIAT-R)** - an individually administered test measuring achievement in areas of general information, reading recognition, reading comprehension, spelling, written expression, and mathematics.
- [ ] **Peabody Picture Vocabulary Test-Revised** - individually administered, multiple choice test measuring nonverbal, receptive vocabulary.
- [ ] **Preschool Language Scale** - measures auditory comprehension and verbal ability skills.
- [ ] **Receptive One Word Picture Vocabulary Test** - assesses the child's single word receptive vocabulary.
- [ ] **Rorschach Psychodiagnostic Test** - a projective measure y which one's responses to inkblots reveal personality structure, ego strengths and reality testing in ages 3 and older.
- [ ] **Test of Language Development Primary - Revised (TOLD-P)** - measures primary language proficiency and specific strengths and weaknesses in language skills.
- [ ] **The Vineland Adaptive Behavior Scales** - assesses adaptive and social competency skills.
- [ ] **Thematic Apperception Test** - a projective story-telling technique for personality evaluation in older children and adolescents.
- [ ] **Wechsler Adult Intelligence Scale-III (WIAS-III)** - an individually administered test designed to measure the intelligence of individuals ages 16 and over.
- [ ] **Wechsler Individual Achievement Test (WIAT)** - a commonly used individually administered instrument designed assess the educational achievement of children and adolescents in areas of basic reading, mathematics reasoning, spelling, reading comprehension, numerical operations, listening comprehension, oral expression, and written expression
- [ ] **Wechsler Intelligence Scale for Children-III (WISC-III)** - commonly employed individually administered test designed to measure the intelligence of individuals ages 6 1/2 to 16 1/2 years.
- [ ] **Wechsler Preschool and Primary Scale of Intelligence-Revised (WPPSI-R)** - measures specific mental abilities and processes in ages 4 1/2 to 6 1/2 years.
- [ ] **Woodcock-Johnson Psycho-Educational Battery** - a diagnostic and evaluation instrument composed of twenty-seven tests divided into three major parts: tests of cognitive ability, tests of achievement, and tests of interests.
- [ ] **Classroom Observation** - assesses present functioning of the student within the classroom environment.
- [ ] **List other tests with descriptions:**

Other factors that are relevant to be included:

## DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## WASHINGTON, D.C.

MDT

### CONSENT FOR EVALUATION - INITIAL OR REEVALUATION
(*CHECK ONE ONLY - INITIAL OR REEVALUATION)

---

**I.    INITIAL EVALUATION CONSENT** ☐

As a result of the review of the screening information at the MDT meeting on __6/12/07__

it was determined in a MDT meeting that your child, _____

is in need of a full and individual evaluation to assist us in developing the most appropriate educational program. You have been provided a copy of the "Procedural Safeguards - Parental Rights" booklet. We would like to remind you at this time that:

- granting consent for this evaluation is a voluntary action on your part;
- this consent may be revoked at any time although the school district is required to take all necessary action to provide an appropriate program and may be required to initiate due process procedures to obtain consent; and
- by granting consent in writing, you are agreeing to the evaluation(s) in Section 111.

---

**II.    REEVALUATION** ☒

The MDT received the following request for a reevaluation for D_____ B_____
by /for a:   ☒ **parent request**          ☐ **teacher request**          ☐ **year reevaluation**
The MDT will collect supportive documentation in the area of the disability to determine the need for continued special education and related services. The school is required to only evaluate in those areas of documented need or consensus of the MDT (parent is a member of team). Parents have the right to request assessments to determine if the child continues to be a child with a disability. DCPS may reevaluate your child, without your consent, if the school district can demonstrate that it has taken reasonable steps to get parental consent and the parent has not responded.

- granting consent for this evaluation is a voluntary action on your part;
- this consent may be revoked at any time although the school district is required to take all necessary action to provide a Free Appropriate Public Education program and may be required to initiate due process procedures to obtain consent; and
- by granting consent in writing, you are agreeing to the evaluation(s) on the student evaluation plan (SEP)   .

---

**III.    I give permission for District of Columbia Public Schools to proceed with the evaluation(s) based on the Student Evaluation Plan (attached ) for my child,** D_____ B_____

Within a reasonable period of time days after completion of the evaluation, we will hold another MDT meeting (to which you will be invited) to determine if your child is eligible for special education and related services. The written reports of all procedures administered will be provided to you at that meeting, along with explanations and interpretations. We will use this information to determine an appropriate program for your child. If records are to be obtained/released as part of this evaluation, the "Consent for Release of Records" form is completed and attached.
If you have questions or concerns at any time during the evaluation process, feel free to contact me
at _576-6900_              (telephone number).

*☐ INITIAL EVALUATION          *☒ REEVALUATION

#### Parent Response Section:

☐ I agree to the proposed evaluation(s)                    ☐ I do NOT agree to the proposed evaluation(s)

_____                         __6/12/07__
Parent/Guardian Signature                                                      Date

APPENDIX - A  20

07-02-2001          MDT - CONSENT FOR EVALUATION
DIVISION OF SPECIAL EDUCATION

### DISTRICT OF COLUMBIA PUBLIC SCHOOLS
### WASHINGTON, D.C.

## Multidisciplinary Team
## (MDT)
## MEETING NOTES

### Annual IEP Review Meeting Notes

STUDENT: D▮▮▮▮  B▮▮▮▮    SCHOOL: Marshall Elementary   DATE: 06/12/2007

| PARTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | POSITION |
|---|---|---|
| Ms. Sikes | | Parent/Guardian |
| Ms. Aremo | | Special Ed |
| Ms. Williams | | General Ed Teacher |
| Ms. Batson | Tiffany Batson | LEA Representative |
| Ms. Franklin | | Principal or Designee |
| Jason Willis | | Student |
| Ms. Penn | See MDT notes | Psychologist |
| Mr. Byrd | Damm Byrd, MSW | Social Worker |

The meeting was convened to discuss the annual review of student D▮▮▮ B▮▮▮▮ EP. The members of the MDT were present and introduced themselves to the parent. The parent was reminded of her parental rights.

See MDT notes for evaluation review and current academic performance

Parent - The parent doesn't agree with the IEP. She doesn't feel his hours are appropriate. She doesn't feel like the placement is appropriate. Parent feels that the IEP shouldn't be conducted until all assessments are completed

Recommendation - D▮▮▮ continues to be eligible for special education services as a student with a Hearing Disability. He will continue to receive specialized instruction for 15 hours a week and psychological counseling for 1 hour a week. Speech and language is no longer warrented see notes 1/30/07 (completing services form)

The Parent ☑ is present ☐ is not present at the meeting.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS    DIVISION OF SPECIAL EDUCATION    MEETING NOTES

21

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
(MDT)
MEETING NOTES

MDT REFERRAL DATE: _____

STUDENT: D████ B████        SCHOOL: _Marshall E__    DATE: 6/12/07

| PARTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | POSITION |
|---|---|---|
| Evelyn Sylce | | ____ Advocate |
| Sharon Willis | | SS Designee |
| Shari Franklyn | | School Psych |
| Jennifer E. Penn | Jennifer ___ | Occupational Therapist |
| BRADLEY L. CARNES-SINE | ___ Sta | Sped Coordinator |
| Tiffany Batson | Tiffany Batson | Sp Ed. Teacher |
| O.A. AREMO | ___ | Teacher |
| Yadira Williams | Y ___ Byrd, MSW | Social Worker |
| Dominn Byrd | | |

The meeting was convened to discuss the review of current evaluations, whether or not an SEP is warranted, and whether or not comp-ed is warranted.

The occupational therapist reviewed the OT evals that were conducted in 04 and the one conducted in 0_ and the review of the review conducted. The OT has determined that an OT eval needs to be conducted. An OT eval will be ordered at this time.

Psychologist –
A psychological evaluation was conducted by Kari Terra, Ph.D. of Maria Cohen and associates. Cognitive testing with the WISC-IV revealed Verbal Comprehension and Processing skills in the Low Average range. Perceptual reasoning was in the Extremely Low range. Working memory was in the Average range. His overall IQ score was in the Very Low

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
(MDT)
MEETING NOTES (continuation)

DATE: 6/12/07

STUDENT: ~~D____ B_____~~   SCHOOL: Marshall Elementary

range, with a score of 77. Academic
skills are variable. Performance in the
areas of reading, mathematics and
written expression are consistent with
his demonstrated aptitude, although it is
below expectancy for his age and grade.
Oral language is a relative strength. A
diagnosis of SLD is recommended.
Continued school counseling is
recommended to address areas of
self esteem and negative self references.

go → P.3

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
(MDT)
MEETING NOTES (continuation)

MDT

STUDENT: D▮▮▮ B▮▮▮▮▮▮          SCHOOL: Marshall Elementary          DATE: 6/12/07

The parent is concerned about D▮▮▮ behavior at school.
The parent/advocate is requesting a clinical and a psychiatric
evaluation. At this time DCPS will discuss if this is
warrented;

Parent - The parent brings D▮▮▮ to school everyday. The
parent stated that every time he comes to one he
is complaining about being bullied by fellow classmates.
The parent would like to sit in on the counseling
sessions.

Social Worker - The student continues to make progress. For the
   individualized / group instruction. He has displayed
   positive behaviors towards this Therapist on a regular
   basis. It is recommended that he continue to receive these
   services in the 07-08 forthcoming school year.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
(MDT)
MEETING NOTES (continuation)

MDT

STUDENT ▓▓ B▓▓▓    SCHOOL Marshall Elementary    DATE 6/12/07

General Ed Teacher - Academically, ▓▓ does good work when he's guided. He participates and he benefits from specialized instruction. He can read but he needs more work in comprehension. Overall he produces. He hasn't mastered all 6 grade skills but he is making progress. ▓▓ is very respectful and he works well with others.

SpEd Teacher - Since ▓▓ started at Marshall, he has made very little outbursts in class. He comes to class and completes his assignments in class. If he needs help, he will ask for help. He goes to the board to complete tasks and he is working near grade level with his peers. The parent has been encouraged to sit in on class lessons to see his performance. ▓▓ is performing on 4th and 5th grade level.

Discussion - The school needs a report from his
* psychiatrist that states ▓▓'s current social-emotional status, current diagnoses, and recommendation for academic and social emotional progress. A clinical evaluation will be conducted contingent on ▓▓▓▓▓ the school receiving a psychiatric report

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

**MULTIDISCIPLINARY TEAM**
**(MDT)**
**MEETING NOTES (continuation)**

STUDENT: D▬ B▬ _____ SCHOOL Marshall Elementary ___ DATE: 6/12/07

from the students Psychiatrist. The school contacted the primary care physician and not the Psychiatrist as the parent suggested during the last IEP meeting.

Comp Ed * Once an evaluation is completed in OT, it will be determined if comp-ed is needed for occupational therapy

* The comp-ed is offering 100 g psychological services and 145 hours of specialized instruction based on the comp-ed plan from 2002-03 and 2003-04. It is recommended that D▬ receive these services alone (individually). The parent can get an independant tutor based on the Superintendants guidlines.

Discussion
* DCPS states that the current 15 hours on D▬ IEP which also states is implemented in a combination resource room and general education setting, can be implemented at Thurgood Marshall in the inclusion classroom. He is still receiving specialized instruction in the general education classroom with the special education teacher and the general education teacher and during pull out in the resource classroom.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
(MDT)
MEETING NOTES (continuation)

MDT

6

STUDENT: ▓▓▓▓▓▓ ▓▓▓▓▓▓    SCHOOL: Marshall Elementary    DATE: 6/12/07

Advocate & parent disagree that D▓▓▓▓ academic & social emotional needs can be met in current school setting. Advocate is requesting a full-time Therapeutic setting for D▓▓▓▓.

The team will now conduct an IEP meeting. The MDT meeting is now adjourned

*Parent is already a part of Blackman Jones, cat. D, and has received her catalog and will order ASAP.

Exhibit 4

   

## Marshall Educational Center
### 3100 Ft. Lincoln Drive, NE
### Washington, DC 20018
### 202-576-6900  (fax) 202-576-7932

March 9, 2007

**Re; Progress report of student D████ B█████**
**ID – 9083058**
**DOB – ██/██/1995**

D████ B█████ is a 12 year old African American male student who atten█s Marshall
Educational Center. D████ is currently in the 6th grade inclusion classroo█m.  He receives
special education services and specialized instruction from the general ed ucation and
special education teacher.  He is also receiving psychological services fro m the social
worker.  D████ has been making progress in all of his academic subjects.  His teacher's
have reported that he is well mannered and does not show to be a behavi▒r problem in
class.  He works well with his peers and is very friendly.

Academically, D████ is reading on grade level.  He can complete most a ssignments when
guided.  His general education teacher states that he doesn't complete ho mework
assignments consistently, but his class work is completed with 80% accu acy.  His
special education teacher reports that he is one of her top performing spe ial education
students, and that he is making progress on all his IEP long and short ter n objectives.

Both of his teachers have shown concern about D████ attendance to sc ool.  They have
stated that his long absences have caused him to miss critical learning in truction.  Make-
up work has been sent home, but is not returned consistently.

Overall, D████ performance at Marshall Education Center has been av rage and his
progress is continuous.

Tiffany Batson

*Tiffany Batson*

Special Education Coordinator
Marshall Educational Center

29

03/09/2007  11:59    2025767932         THURGOOD MARSHALL EC              PAGE  03/05
ATT570R v4.0.18              District of Columbia Public Schools           Page:  1  of  1

## Attendance Summary
11 AUG 2006  to  09 MAR 2007

Marshall Educational Center                           Run Date:  09 Mar 2007 10:07 AM

| | | | | |
| Banny, Danny | Pupil No. | Grade | Gender | Birth Date | Homeroom | Ethnicity |
| (202)388-5524 | 9063058 | 06 | M | 1995 | 002J | Blk |
| 3930 Blaine St NE | | | | | | |
| Washington, DC 20019 | | | | | | |

| | Absences | | | | Lates |
| | Auth | Exc | Unexc | Total | |
| AM | 0.00 | 8.00 | 1.00 | 9.00 | 0.00 |
| PM | 0.00 | 8.00 | 1.00 | 9.00 | 0.00 |
| Days | 0.00 | 8.00 | 1.00 | 9.00 | 0.00 |

Total Days Present /Membership Days
58.00 / 67.00

| School | Date | A/L | Reason A.M. | In/Out | Time | A/L | Reason P.M. | In/Out | Time |
|--------|------|-----|-------------|--------|------|-----|-------------|--------|------|
| 351 | 14 DEC 2006 | A | ex.Excused Absence | | | A | ex.Excused Absence | | |
| 351 | 15 DEC 2006 | A | ex.Excused Absence | | | A | ex.Excused Absence | | |
| 351 | 22 JAN 2007 | A | ex.Excused Absence | | | A | ex.Excused Absence | | |
| 351 | 31 JAN 2007 | A | ex.Excused Absence | | | A | ex.Excused Absence | | |
| 351 | 01 FEB 2007 | A | ex.Excused Absence | | | A | ex.Excused Absence | | |
| 351 | 02 FEB 2007 | A | ex.Excused Absence | | | A | ex.Excused Absence | | |
| 351 | 07 FEB 2007 | A | un.Unexcused Absence | | | A | un.Unexcused Absence | | |
| 351 | 13 FEB 2007 | A | ex.Excused Absence | | | A | ex.Excused Absence | | |
| 351 | 08 MAR 2007 | A | ex.Excused Absence | | | A | ex.Excused Absence | | |
| 351 | | | Total Absences = 9 | | | | Total Lates = 0 | | |

30

# DISTRICT OF COLUMBIA PUBLIC SCHOOL SYSTEM
## IEP REPORT CARD

Meeting Date: _____ Page #: _____

STUDENTS NAME _____ PUPIL # 9083058 GRADE 6 SCHOOL Marshall EC

| GOAL | Date | Code | Attendance | Notes | CURRICULUM CONNECTION | SERVICE PROVIDER |
|---|---|---|---|---|---|---|
| Given a prompt, student will read and write multiplication facts products 0-12 | 11/11/06 | MP | / | The student's progress ☑ is ☐ is not sufficient to enable the student to achieve the goals within a year. | Goals alligned with standards | General Ed. Teacher, Special Ed. Teacher |
| | 02/02/07 | MP | / | The student's progress ☑ is ☐ is not sufficient to enable the student to achieve the goals within a year. | | |
| | Date | Code | / | The student's progress ☐ is ☐ is not sufficient to enable the student to achieve the goal within a year. | | |
| | Date | Code | / | The student's progress ☐ is ☐ is not sufficient to enable the student to achieve the goal within a year. | | |
| | Date | Code | / | The student's progress ☐ is ☐ is not sufficient to enable the student to achieve the goal within a year. | | |

| GOAL | Date | Code | Attendance | Notes | CURRICULUM CONNECTION | SERVICE PROVIDER |
|---|---|---|---|---|---|---|
| Given 5 geometric shapes, student will name, identify in content and reproduce shapes | 11/9/06 | MP | / | The student's progress ☑ is ☐ is not sufficient to enable the student to achieve the goals within a year. | Goals alligned with standards | General Ed. Teacher, Special Ed. Teacher |
| | 02/02/07 | MP | / | The student's progress ☑ is ☐ is not sufficient to enable the student to achieve the goals within a year. | | |
| | Date | Code | / | The student's progress ☐ is ☐ is not sufficient to enable the student to achieve the goal within a year. | | |
| | Date | Code | / | The student's progress ☐ is ☐ is not sufficient to enable the student to achieve the goal within a year. | | |
| | Date | Code | / | The student's progress ☐ is ☐ is not sufficient to enable the student to achieve the goal within a year. | | |

## PROGRESS CODE

A - Achieved
(The student has successfully completed the goal)

MP - Making Progress
(The student is making expected degree of progress)

EB - Emerging Breakthrough
(The skill necessary for this goal is beginning to appear.)

NP - No Progress
(The student is not making expected progress.)

N/A - Not Applicable/At This Time
(The student has not begun to work on this goal.)

District of Columbia Public Schools          07-02-2001          Division of Special Education          IEP Report Card

31

# DISTRICT OF COLUMBIA PUBLIC SCHOOL SYSTEM
## IEP REPORT CARD

Page #

Meeting Date: _____

STUDENT'S NAME **D___ B___**   PUPIL # **9083058**   GRADE **6**   SCHOOL **Marshall**

| GOAL | Given a word list on the expected grade level, D___ will use strategies to identify and spell correctly. | CURRICULUM CONNECTION | SERVICE PROVIDER |
|---|---|---|---|
| Date 11/1/06 Code MP Attendance ✓ | | The student's progress ☑ is ☐ is not sufficient to enable the student to achieve the goals within a year. | Goals aligned with Standards / General Ed Teacher Special Ed Teacher |
| Date 02/2/07 Code MP Attendance ✓ | | The student's progress ☑ is ☐ is not sufficient to enable the student to achieve the goals within a year. | |
| Date Code Attendance ✓ Notes | | The student's progress ☐ is ☐ is not sufficient to enable the student to achieve the goals within a year. | |
| Date Code Attendance ✓ Notes | | The student's progress ☐ is ☐ is not sufficient to enable the student to achieve the goals within a year. | |

| GOAL | Given a reading selection, D___ will use the comprehension questions related to the story correctly. | CURRICULUM CONNECTION | SERVICE PROVIDER |
|---|---|---|---|
| Date 11/1/06 Code MP Attendance ✓ | | The student's progress ☑ is ☐ is not sufficient to enable the student to achieve the goals within a year. | Goals aligned with Standards / General Ed Teacher Special Ed Teacher |
| Date 02/2/07 Code MP Attendance ✓ | | The student's progress ☑ is ☐ is not sufficient to enable the student to achieve the goals within a year. | |
| Date Code Attendance ✓ Notes | | The student's progress ☐ is ☐ is not sufficient to enable the student to achieve the goals within a year. | |
| Date Code Attendance ✓ Notes | | The student's progress ☐ is ☐ is not sufficient to enable the student to achieve the goals within a year. | |

**PROGRESS CODE**
A - Achieved
(The student has successfully completed the goal)

MP - Making Progress
(The student is making expected degree of progress)

EB - Emerging Breakthrough
(The skill necessary for this goal is beginning to appear.)

NP - No Progress
(The student is not making expected progress.)

N/A - Not Applicable At This Time
(The student has not begun to work on this goal.)

District of Columbia Public Schools      07-02-2001      Division of Special Education      IEP Report Card

Exhibit 5

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## *State Enforcement and Investigative Division*
## <u>CONFIDENTIAL</u>

### Charles R. Jones, Esq., Due Process Hearing Officer
825 North Capitol Street, N.E.  8th Floor
Washington, D.C.  20002
Facsimile:  (202) 442-5556

| | | |
|---|---|---|
| **In the Matter of** | ) | IMPARTIAL DUE PROCESS |
| | ) | |
| **D█████ B█████,**   Student, | ) | HEARING OFFICER'S DECISION |
| Date of Birth:  █████95 | ) | |
| | ) | |
| Petitioner, | ) | Hearing Date: January 22, 2007 |
| | ) | |
| **vs.** | ) | |
| | ) | Held at:  825 North Capitol Street, NE |
| **The District of Columbia Public Schools,** | ) | Eighth Floor |
| **Attending: Kelly Miller Middle School** | ) | Washington, D.C. 20002 |
| Respondent. | ) | |

### <u>DECISION AND ORDER</u>

2007 FEB 15 PM 4 38
DC PUBLIC SCHOOL SYSTEM

**Parent:**

Ms. Evelyn Sykes
3930 Blaine Street, N.E.
Washington, D.C. 20019

**Counsel for Parent:**

Douglas Tyrka, Esq.
Tyrka & Associates, LLC
1726 Connecticut Ave., N.W.
Suite 400
Washington, D.C.  20019

**Counsel for School:**

Saurabh Gupta, Attorney- Advisor
Office of the General Counsel, DCPS
825 North Capitol Street, N.E., 9th Floor
Washington, D.C. 20002

# HEARING OFFICER'S DECISION

## DISTRICT OF COLUMBIA PUBLIC SCHOOLS

### State Enforcement and Investigative Division
### Special Education Due Process Hearing

## I. INTRODUCTION

On November 30, 2006, a motion for a continuance was granted in this matter. The initial Request for a Due Process Hearing was filed with the Student Hearing Office, by counsel for the parent, Douglas Tyrka, Esq. The request alleges DCPS failed to comply with a Hearing Officer's Determination ("HOD"), dated September 15, 2006.

A Due Process Hearing was convened on January 22, 2007, at the District of Columbia Public Schools, ("DCPS"), 825 North Capitol Street, N.E., 8th Floor, Washington, D.C. 20002. Saurabh Gupta, Esq., Attorney-Advisor, represented DCPS. Douglas Tyrka, Esq., represented the parent. Five Day Disclosure Letters were entered into the record, without any objection by either party. On behalf of the parent: Disclosure Letter dated November 22, 2006: DB-1 through DB-9. On behalf of DCPS: Disclosure Letter dated November 22, 2006. Parent's counsel waived a formal reading of the Due Process Rights. Witnesses on behalf of the parent: Sharon Millis. Witnesses on behalf of DCPS: Natalie Harris-Wafula.

## II. JURISDICTION

The Due Process Hearing was convened, and this decision was written pursuant to *Public Law 108-446, The Individuals with Disabilities Education Improvement Act of 2004*, 20 United States Code 1400 et. Seq.; Title 34 of the Code of Federal Regulations, part 300; Title 5 of the District of Columbia Municipal Regulations and Section 145 of the D.C. Appropriations Act, effective October 21, 1998.

## III. ISSUES

Whether DCPS denied the student FAPE by failing to comply with a Hearing Officer's Determination ("HOD") dated September 15, 2006?

2.

4.      Sharon Millis, Educational Advocate for the D.B., testified and concluded that she had scheduled a meeting with officials at Kelly Miller on November 7, 2006 to discuss issues concerning D.B.

5.      According to Ms. Millis, the November 7, 2006 meeting was to discuss two separate students, as the meeting for D.B. was scheduled to begin at 9:00 A.M and the other student's meeting was to convene at 11:00 A.M.

6.      Ms. Millis further testified that she arrived at Kelly Miller Middle School and she went directly to the office and requested the SEC. Ms. Millis was told that the student no longer attended Kelly Miller and the meeting would not go forward, as the student had transferred to another school.

7.      The Educational Advocate testified that the parent would not be attending the meeting due to an emergency, but the advocate was prepared to move forward, as she arrived at the meeting at 8:55 AM.

8.      Natalie Harris-Wafula, the SEC at Kelly Miller Middle School, testified and concluded that she had attempted to schedule the SEP meeting on several occasions, but she was unsuccessful.

9.      On or about October 24, 2006 the parties agreed to this date to meet to discuss the concerns of D.B.   On or about October 23, 2006, parent's counsel canceled this meeting.  Counsel for the parent's did not dispute this fact

10.      According to Ms. Wafula, parent's counsel rescheduled the meeting for November 7, 2006 and a letter of confirmation was sent to counsel confirming the date.

11.      The November 7, 2006 meeting was to resolve two students represented by Tyrka & Associated.  The meeting for D.B was to start at (9:00 AM) and the second student was to start at (11:00 A.M).

4.

12.    The SEC testified that the meeting for D.B did not occur, as the representative
from Tyrka & Associated did not show-up. Ms. Wafula testified that she called the
Tyrka office to determine why a representative did not attend the (9:00) meeting. She was
unable to obtain a reason other than the parent had another emergency.


13.    According to the SEC, it was quite difficult to schedule meetings, as DCPS had
been diligent in its effort to comply with the HOD, but the parent and parent's counsel
had made scheduling meetings difficult.


## VI.  DISCUSSION AND CONCLUSION OF LAW

In this matter, petitioner by and through parent's counsel has failed to sustain its
burden of proof.  The sole issue in this case is whether DCPS failed to comply with a
HOD dated September 15, 2006, which required DCPS to convene a SEP meeting to
determine warranted evaluations, revise the student's IEP and determine an appropriate
disability classification.  A preponderance of evidence does not support the contention of
the parent that DCPS failed to comply with a HOD.  Of telling significance in this matter
is the fact that the parent and parent's counsel did cancel at least one of the scheduled
meetings.  Thereafter, there is evidentiary conflict with regard to the meeting scheduled
for November 7, 2006, as DCPS indicated it was prepared to move forward on D.B.'s
meeting and parent's counsel indicated that the Educational Advocate attended the
meeting and DCPS was unavailable.  While both of the parties presented credible
witnesses, the fact that the parent was unable to attend both meetings due to emergencies
clearly indicated that DCPS was diligently attempting to comply with the HOD;
therefore, it is determined that DCPS, in good faith, attempted to schedule the SEP
meeting.  Additionally, the withdrawal of the student from Kelly Miller Middle School
also added to the confusion and miscommunication in this matter.  Under this set of
circumstances, DCPS did provide a free and appropriate public education.


Based upon the foregoing, **IT IS HEREBY ORDERED:**


1)  **Petitioner's request for relief is DENIED.**


5.

37

2) Petitioner request to find a denial of FAPE for DCPS' failure to comply with the HOD dated September 15, 2006 is DENIED.

3) Petitioner's petition is hereby DISMISSED without prejudiced.

VII.    APPEAL PROCESS

      This is the FINAL ADMINISTRATIVE DECISION.  Appeals may be made to a court of competent jurisdiction within ninety- (90) days from the date this decision was issued.

Date Filed: 02-15-07

_____
Charles R. Jones, Esq., Hearing Officer

Date Issued: 02/15/07

6.

Exhibit 6

DISTRICT OF COLUMBIA PUBLIC SCHOOLS

WASHINGTON, D.C.

**CONFIRMATION OF MEETING NOTICE**

Date: 1/30/2007

Ms. Sykes
_Parent / Guardian Name_

3930 Blaine St NE                NE
_Street #    Street_              _Quad    Apt. No._

WASHINGTON                      DC  20019
_City_                           _State   Zip Code_

RE: D_____   B_____

SCHOOL: Marshall Elementary

ID NO. 9083058

DOB: ___/1995

Dear Ms. Sykes

A multidisciplinary team (MDT) meeting is scheduled to discuss the status of your child's educational needs. Your participation is essential, and we look forward to your valuable input. Your child's meeting is scheduled as follows:

Date: 1/30/2007        Time: 2:00 pm        Place/Location: Marshall Educational Center

The purpose and details of the meeting are printed below. You and the school may have additional individuals attend the meeting who have knowledge or special expertise regarding your child. Invited participants are listed under MDT members.

**\*The purpose of this meeting is to:**

- [X] \*\*develop/review IEP (including consideration of extended school year (ESY) services
- [X] \*\*review evaluation or reevaluation information
- [ ] develop the student evaluation plan (SEP)
- [X] discuss documented levels of service
- [ ] discuss consent for evaluations
- [ ] discuss termination of service(s)

- [ ] discuss placement
- [ ] determine manifestation
- [X] discuss eligibility
- [ ] discuss transfer
- [ ] discuss Personal Health Information (PHI)

- [ ] \*\*discuss CompEd
- [ ] \*consider transition services needs
- [ ] discuss quarterly review
- [ ] behavior plan review
- [ ] discuss request for evaluation(s)

- [ ] \*\*review records to support the completion of services as follows:

  - [ ] Graduated
  - [ ] Certification of IEP
  - [ ] Completion of IEP Requirements
  - [ ] Aged Out
  - [ ] Dropped Out
  - [ ] Deceased
  - [ ] Other: _____
  - [ ] Moved out of Jurisdiction

- [ ] \*\*Placement will be discussed.

**MDT Members:**
- [X] Principal or Designee
- [X] Parent
- [X] LEA Representative
- [ ] Student

- [X] General Education Teacher
- [X] Special Education Teacher
- [ ] Speech and Language
- [ ] Social Worker

- [ ] Psychologist
- [ ] Other: _____

Parents may bring individuals to participate in the MDT meeting. These participants should have knowledge or special expertise regarding the child. The following individuals invited by parent: _____

If the purpose of the meeting includes consideration of a transition plan, your child is invited to attend and a representative of the following agency(ies) may be invited, if appropriate
*                              *

Any questions you may have concerning your child's program will be discussed at the above meeting. A copy of the Procedural Safeguards for parents is enclosed for your information. If the school can be of assistance to you, please contact Tiffany Batson at (202)576-6900 (school telephone number).

Sincerely,

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
(MDT)
MEETING NOTES

| MDT |

MEETING DATE: 1/30/2007

STUDENT: D___ B___          SCHOOL: Marshall Elementary

| PARTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | POSITION |
|---|---|---|
| Ms. Sykes | | Parent/Guardian |
| Ms. Aremo | | Special Ed Teacher |
| Ms. Williams | | General Ed Teacher |
| Ms. Batson | Tiffany Batson | LEA Representative |
| Ms. Powell | Valorie Powell | Principal or Designee |
| Ms. Williams | | Student |
| Ms. Penn | | Speech Pathologist |
| Damm Byrd | D. Byrd, MSW | Psychologist / Social Work |

The meeting was convened to discuss the requested re-evaluation of student D___ B___. The members of the MDT were present and introduced themselves to the parent.

Parent- He has trouble with his homework. His family tries to help him with his homework, but they stopped because he needs to learn how to do it himself. He can read very well, but he can't comprehend. He is in a full general education setting at previous school, Kelly Miller. The parent wants her son to be in a full time special education program. At the last IEP, Ms. Sykes didn't have representation and she feels that the IEP was not explained to her. She would like for him to get back on track.

Speech Reports - The speech Pathologist reviewed the independent evaluation presented by the parent. -D___ was given a S/L eval on 09/29/2006, - he previously has .5 hours of s/l per week, test administered CELF, ROWPVT, EOWPVT and The Test of Auditory Processing Skills (TAPS).
*CELF - Core language score SS =108, Expressive Language Index SS =100, Receptive Language Index SS = 114
*ROWPVT -SS =91, EOWPVT- SS =86
*TAPS - Overall Memory standard score = 108, Articulation _ WNL, Voice - WNL, Fluency - WNL
* All scores fall within the average range of functioning, therefore speech and language services are no longer needed.

Principal - Our school is an inclusive school and our students in elementary have inclusion model with some pull out. Our school doesn't offer self-contained classrooms

THE PARENT ☒ IS PRESENT ☐ IS NOT PRESENT AT THE MEETING

AFTER A REVIEW OF THE ASSESSMENTS, IT IS DETERMINED THAT D___ B___

☒ CONTINUES TO BE ELIGIBLE FOR SPECIAL EDUCATION

☐ IS TO BE EXITED FROM SPECIAL EDUCATION

NEXT SCHEDULED IEP DEVELOPMENT MEETING DATE: 3/1/2007

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
**(MDT)**
**MEETING NOTES (continuation)**

| | | MDT |
|---|---|---|

STUDENT: D___ B___     SCHOOL: Marshall Elementary     DATE: 1/30/2007

---

Psychologist-   Reviewed the independent psychological report

General education teacher - D___ is well behaved and since he's been in the school, it has never been brought to her attention that he was having social issues with his peers by him or other students.  He works well in groups

Special education teacher - D___ is low in math, and his written language skills are low.

Recommendations - A copy of the parents procedural manual was given to the parent with a brief explanation.

Parent advocate is requesting an occupational therapy report and a clinical report to identify why he is not eligible for special education as a student with emotional disabilities.

DCPS responds that the clinical performed in 2005 is current and additional testing is not required because their isn't information available to help the team understand why the student wasn't diagnosed as ED when the report was reviewed on 05/24/2005.  The special education coordinator will retrieve the IEP folder at Kimball for review.

Based on the the assessments conducted in speech and language, D___ is no longer eligible for special education services.

The occupational therapy report conducted in 2004 review will be located and if it doesn't exist a occupational therapist will be available to review the report.

DCPS will reconvene the meeting in 30 days with the IEP record to review all its files.

Parent/Advocate does not agree with the 30 days, they request the assessments mentioned above be ordered.

DCPS is concerned about the amount of testing that has been performed on this student within the past 2 years and would like all the information available before testing him again in the same areas.

\* The advocate is requesting the OT eval, since the previous OT eval recommended services which were never provided and they need to know his current funtioning as well as it was recommended in the psycho-ed

\* The advocate is requesting a clinical because DCPS's clinical report 4/25/05 stated he qualified as a ED student but he was not classified ED on his I.E.P. A test is needed to determine current levels to determine if ED classifica needs to be revisited

1 - 3 - MDT

Parent requested that the MDT
be tape recorded because of
his inability to retain information
the team refused to allow this
the school psychologist refused
because she stated anytime
a meeting was taped it was
used against them in a hearing
Current IEP is not being implemented
as written. Student is getting
inclusion as well as pull out
but it is inconsistent as to how
much inclusion and pull out
there is. 21 students in Reg Ed
Current Spl Lang eval states he
is no longer in need of services
Advocate/Parent requested Psychiatric
OT and Clinical
He was originally classified
as ED but his current
classified as LD Advocate/
Parent feel he is ED, LD and
qualifies as OHI
He has been retained in 2nd grade

DCRS states they want to get
more information from Kimball
& Kathy Miller and his current
psychiatrist before they
decide he needs additional
testing. At OS OT states he
requires service. OT is not
on his IEP.

His current IEP is not being
implemented and the school
states that they are unable
to implement the IEP as
written. DCPS wants 30 days
to locate files

Parent/Advocate disagree
and are already to go forward
DCPS is missing Personnel
(OT) and documents

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
SPECIAL EDUCATION

MULTIDISCIPLINARY TEAM (MDT)

**Prior to Action Notice**

Check Purpose:
- [ ] Initial Evaluation
- [ ] Initial Placement
- [X] Reevaluation
  - [ ] Change in Category Exit
  - [ ] Related Service Add
  - [ ] Related Service
  - [ ] Change in Placement
  - [ ] Annual
  - [X] Other requested

Date  1/30/2007

Student  D███ B███  DOB ███1995

School  Marshall Elementary

Current Disability Category  LD

Setting  Combination general education and resource classroom

Dear  Ms. Sykes

State and federal laws regarding students with disabilities require school systems to notify and inform parents of certain changes being made to their children's education program.

Therefore, you are being notified of the following proposed changes:

- [X] Proposes to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child.
- [ ] Refuses to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child.
- [ ] Other

A multidisciplinary team (MDT), of which you were an invited member, has made the following decisions about your child: (check all that apply)

- [ ] Your child is not eligible for special education service(s).
- [ ] Your child is eligible or continues to be eligible to receive special education services as a student with _____
- [ ] Your child will begin receiving _____ as a related service(s).
- [X] Your child will no longer receive  Speech-Language  as a related service(s).
- [ ] Your child's category of disability is being changed from _____ to _____
- [ ] Your child's alternative placement on continuum (next setting) is being changed,
  from _____ to _____
- [ ] Your child is no longer eligible and will be exited from the special education program.
- [ ] Other: _____

Location of Services  Marshall Elementary

**Description and Explanation of agency action proposed or refused.**

Based on the students performance in speech and language classes and the assessments conducted, he is now functioning on the average level and no longer needs assistance

**Description of Other Options Considered and reasons for rejection of each option**

the psychological report was reviewed.

Other relevant factors to the decision-  n/a

MDT Members:
- [X] Principal or Designee
- [X] Parent
- [ ] Student
- [X] Social Worker
- [X] General Education Teacher
- [X] Special Education Teacher
- [X] Speech and Language
- [X] *LEA & Interpreter (*may be one)
- [X] Psychologist
- [ ] Other: _____

Parents may bring individuals to participate in the MDT meeting. These participants should have knowledge or special expertise regarding the child. The following individuals invited by parent: _____

Any questions you may have concerning your child's program may be directed to the principal.

You are protected under the Procedural Safeguards for parents, which are enclosed for your information.

If I can be of assistance to you, or have questions regarding the Procedural Safeguards,

please contact  Tiffany Batson  at  (202)576-6900  (school telephone number)

**See attachments for - EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED**

MDT Prior to Action Notice
07-02-2001

45

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**SPECIAL EDUCATION**
**MULTIDISCIPLINARY TEAM**
**(MDT)**

Student D▆▆▆▆     B▆▆▆▆     DOB ▆▆▆/199_ Age 12   Grade 06 to 9083058

You have the right to challenge the recommendations by requesting Mediation or a Due Process Hearing before an impartial hearing officer. To initiate a mediation or hearing, you will need to complete a REQUEST FOR MEDIATION or DUE PROCESS HEARING form and mail it to the address listed below:

**Student Hearing Office**
D.C. Public Schools
825 North Capitol Street, N.E. 8th floor
202-442-5432

You have the right to be represented at the hearing by legal counsel.
A copy of Parent's Procedural Safeguards handbook is provided.
A list of free or low cost legal service, for which you may qualify depending on your income, is included.
If you would like an additional copy, please contact the principal.

**EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED**

Test/Description: Receptive One Word Picture Vocabulary Test - assesses the childs single word receptive vocabulary.

Date of Report: 9/29/2006

Test/Description:

Date of Report:

Test/Description:

Date of Report:

Test/Description:

Date of Report:

Test/Description:

Date of Report:

Test/Description:

Date of Report:

Test/Description:

Date of Report:

Test/Description:

Date of Report:

Test/Description:

Date of Report:

Test/Description:

Date of Report:

**Free or Low Cost Legal Services**

Neighborhood Legal Services
701 4th Street, N.E.
Washington, D.C. 20001
202-682-2700 (NW)
202-682-2732 (NE)
Fax 202-682-0588

Neighborhood Legal Services
1213 Good Hope Road, S.E.
Washington, D.C. 20020
202-678-2000
Fax 202-889-3374

University Legal Services
300 I Street, N.E.
Washington, D.C. 20002
202-547-0198
Fax 202-547-2662

The Children's Law Center Inc.
1050 Connecticut Avenue, N.W.
Suite 1200 Washington Square
Washington, D.C. 20036-5317
202-467-4900
Fax 202-467-4949

National Coalition for Students
with Disabilities
10560 Main Street, Suite 417
Fairfax, VA 22030
703-267-6588
(fax) 703-267-6992

MDT Prior to Action Notice
03-30-2004

2

STATE EDUCATION AGENCY
SPECIAL EDUCATION
DISTRICT OF COLUMBIA PUBLIC SCHOOLS AND CHARTER SCHOOLS
825 North Capitol Street, N.E.
Washington, D.C. 20002-4232

Caring for Our Students with Disabilities
A Procedural Manual for Parents

RECEIPT

I, _____*Evelyn B Sykes*_____, received a copy of *A Procedural*
(Parent/Guardian Name)

*Manual for Parents* from _*Tiffany Batson*_ /Title *Sp Ed Coordinator*
(Person Issuing Document)

at _*Marshall EC*_ .
(School)

_*1 , 30 , 07*_
(Date)

_*Evelyn B Sykes*_
Parent/Guardian Signature

*Evelyn B. Sykes*

(This receipt is to remain in a designated file in the school.)

Exhibit 7

Maria Cohn, Ph.D.
& Associates

Maria Cohn, Ph.D.
*Director of Clinical Services*

Katie Hennessy, Psy.D.

Nicole Sampson, Ph.D.

Julie Kovac, Ph.D.

Keisha Mack, Ph.D.

Nancy Helser, Ph.D.

Mercedes Ebanks, Ph.D.

Jennifer Cameron, Ph.D.

William Ling, Ph.D.

Maia McKinney, Ph.D.

Shelley McLaughlin, M.Ed.

Patricia Smith, M.A., CCC-SLP

Toupazer Jordan, M.A., CCC-SLP

Kathy Stoltzfus, M.S., OTR/L

## PSYCHOEDUCATIONAL EVALUATION

*The information contained in this report is confidential and may not be released without further signed, informed consent*

Name:              D████ B█████
Date of Testing:   10/04/06, 11/01/06
Date of Birth:     ██████, 1995
Age:               11 years, 10 months
School:            Kelly Miller Middle School
Grade:             6
Examiner:          Kari Tervo, Ph.D.

### REASON FOR REFERRAL

D████ B█████ is an 11-year-old child who attended Kelly Miller Middle School at the time of this evaluation. He was referred for a psychoeducational evaluation by Douglas Tyrka, Esq. (of Tyrka and Associates, LLC), who is working to secure appropriate special education services for him. The current testing was requested in order to assess whether D████ displays cognitive difficulties that interfere with his ability to learn and to provide recommendations that will promote his school and personal success.

### TESTS ADMINISTERED

Beery-Buktenica Developmental Test of Visual-Motor
    Integration-Fifth Edition (VMI)
Comprehensive Test of Phonological Processing (CTOPP)
Conner's Parent Rating Scale-Revised (CPRS-R)
Interview with Mother, Ms. Evelyn Sykes
Review of Records
Test of Word Reading Efficiency (TOWRE)
Wechsler Individual Achievement Scales-2[nd] Edition (WIAT-II)
Wechsler Intelligence Scales for Children- 4th Ed. (WISC-IV)
Wide Range Assessment of Memory and Learning, 2nd Ed.
    (WRAML-II)- selected subtests

### BACKGROUND INFORMATION

*School Functioning:*
D████ is currently in the 6th grade, and at the time of the evaluation, was attending Kelly Miller Middle School in

Maria Cohn, Ph.D. & Associates

Hamilton Court

1230 31 Street, NW

Second Floor

Washington, D.C. 20007

phone: 202.333.6251

fax: 202.333.6255

www.mariacohnassociates.com

Washington, D.C. According to his adoptive mother, Ms. Sykes, D____ will soon be attending another school because Kelly Miller Middle School could not provide adequate special education accommodations under the No Child Left Behind Act. He was receiving special education services such as tutoring at Kimball Elementary School (his prior school); however, his school performance did not improve. At Kelly Miller Middle School, he was placed in mainstream academic courses, which proved to be too difficult for him.

_Social-Emotional History:_
Extensive accounts of D____ social history can be found in previous reports. A brief summary will be presented here. According to Ms. Sykes, D____ was abandoned by his mother, who had a history of substance abuse and criminal activity, at the age of five, and was later placed in the care of Ms. Sykes, who adopted him. Prior to this, D____ was placed in a series of foster homes, where he developed behavioral problems such as aggression. He also has a history of depression, and was previously in treatment with a therapist. Reportedly, this treatment helped somewhat, but did not completely reduce his symptoms.

According to the history provided in a 2005 clinical evaluation report, D____ has been hospitalized for "suicidal gestures" and impulsive behavior. He was prescribed risperidone and clonidine to control his symptoms, but is no longer taking these medications. With regard to ADHD, Ms. Sykes reported that D____ had been taking Adderall to control his symptoms, and that he seemed "calmer" while taking the drug and his "temper tantrums" decreased. However, he is no longer taking the medication.

D____ currently lives with Ms. Sykes. Reportedly, he has exhibited aggressive behavior and has gotten in fights with other children his age, as often as three times per week. Ms. Sykes stated that this behavior has somewhat ameliorated since he began taking part in martial arts classes. In addition, Ms. Sykes reported that he has poor frustration tolerance, and sometimes becomes so angry that one of the adults living in the home must "hold him back" so that he does not hit anyone or destroy property. At times, D____ becomes angry because Ms. Sykes will not let him play outside because they live in a "dangerous, drug-ridden neighborhood" in which violent and illegal activities often occur. Despite these behavior problems, D____ reportedly behaves in a pleasant manner much of the time and has a number of good friends. He stated that he is satisfied with the degree of social support that he receives.

**PREVIOUS TESTING**
D____ was administered a comprehensive occupational therapy evaluation in 2004. Findings indicated that D____ exhibited "moderate difficulty processing auditory information" and that, average range, and visual-motor integration was in the below average range. Occupational therapy focusing on visual-motor integration, handwriting, and written language skills were recommended. An abbreviated measure of intelligence administered in 2005 yielded a Full-Scale IQ in the Low

3

Average range (SS= 86). In addition, a speech and language evaluation administered approximately one month before the current testing indicated that D▓▓▓ exhibited no weaknesses in that domain.

With regard to psychiatric functioning, prior evaluations, which were not made available to this evaluator, yielded diagnoses of Attention-Deficit/Hyperactivity Disorder (ADHD), Combined Type, and Disruptive Behavior Disorder. The clinical evaluation performed in 2005 indicated that D▓▓▓ was experiencing some "emotional discomfort" at a sub-clinical level, but the evaluation yielded no evidence of clinically significant concerns that could interfere with his school functioning.

## BEHAVIORAL OBSERVATIONS

D▓▓▓ is an 11-year-old African American child who appeared on-time for the evaluation sessions, accompanied by his mother, Ms. Sykes. He was pleasant and cooperative throughout the evaluation. However, he often displayed impulsive behavior, such as not waiting for the evaluator to finish instructions before beginning the task, and he fidgeted frequently (e.g., played with shade pulls, opened and closed cabinets repetitively, leaned back in his chair). In addition, he often gave answers very quickly without appearing to fully consider the questions or stimuli. At times, it appeared that he wanted to go on to the next item, but at other times, he stopped to reconsider his answers, and several times, his self-corrections yielded credit for the item. He was encouraged to fully consider each item before giving an answer. With regard to self-orientation, D▓▓▓ reported that he was 12 years old (he is 11) and did not know in which year he was born. D▓▓▓ put forth good effort throughout the evaluation, although he did require regular breaks to go to the restroom and to get beverages. Motor movement was otherwise unremarkable. His mood was reportedly euthymic. Expressive and receptive language were unremarkable. The following appears to be an accurate assessment of D▓▓▓ current functioning.

## TEST RESULTS

## COGNITIVE FUNCTIONING

The WISC-IV is divided into a number of subtests, each of which measures an important aspect of intellectual functioning. D▓▓▓ performance on all tasks was compared to his same-age peers. For reference, a composite score of 90-109 is considered to be in the Average range.

D▓▓▓ performed in the Low Average range on tasks of language abilities (Verbal Comprehension Index = 87) and paper-and-pencil tasks of speed and accuracy (Processing Speed Index = 85). He performed in the Average range on tasks of short-term auditory memory and attention (Working Memory Index= 91), and in the Extremely Low range on tasks of visual processing and problem-solving abilities (Perceptual Reasoning Index= 67). His Full Scale IQ score falls within the Very Low range (FSIQ = 77). However, it should be noted that there was a significant discrepancy between the Verbal Comprehension Index and the Perceptual

4

Reasoning Index, as well as between the Processing Speed Index and the Perceptual Reasoning Index. This is due to D█████ relative difficulties with visual processing and problem-solving.

Within the verbal comprehension domain, D████ performed in the Low Average range overall, with some variability among tasks. When asked to describe similarities between pairs of objects or concepts (Similarities, SS = 6, 9th percentile), he performed in the Low Average range. In contrast, he performed in the Average range on tasks of problem-solving and common-sense reasoning (Comprehension, SS = 9, 37th percentile) and when asked to orally define vocabulary words (Vocabulary, SS = 8, 25th percentile). His ability to correctly answer questions about widely-known facts (Information, SS = 6, 9th percentile) was in the Low Average range.

Within the perceptual reasoning domain, D█████ nonverbal abstract reasoning reflected an area of significant weakness. When asked to determine categories by selecting pictures with common attributes (Picture Concepts, SS = 7, 16th percentile), D████ performed in the Low Average range. However, he performed in the Extremely Low range on tests of nonverbal abstract reasoning which asked him to identify the missing component of a logic puzzle (Matrix Reasoning, SS = 4, 2nd percentile) or to reproduce abstract designs with blocks from a model (Block Design, SS = 3, 1st percentile). Notably, during the Block Design task, he asked for more blocks although an adequate number of blocks was provided. Due to D█████ difficulties on this test, an alternate form of the test (Block Design Process Approach) was used in which the client could use a grid overlay that represented where each block should go. D████ stated that he found this approach easier, and when he recognized that each box represented a block in the design, he spontaneously constructed a design from the standard Block Design task from memory. On the process approach test, he received a scaled score of ten (50th percentile), which is in the Average range.

With regard to working memory, D████ performed in the Average range when asked to repeat progressively longer strings of numbers (Digit Span, SS = 9, 37th percentile). On a task that required D████ to sequence progressively longer strings of letters and numbers in ascending order (Letter-Number Sequencing, SS = 8, 25th percentile), he also performed in the Average range.

With regard to processing speed, on a measure of speed and accuracy that required D████ to discriminate symbols under timed conditions (Symbol Search, SS = 10, 50th percentile), she performed in the Average range. However, when asked to match symbols to numbers using a key (Coding, SS = 5, 5th percentile), he performed in the Below Average range.

52

## ACADEMIC ACHIEVEMENT

D�manicacademic achievement in reading, math, written language, and oral language was assessed with the WIAT-II and TOWRE. Standard scores were obtained by comparing D▬ performance to that of other children his age.

### *Reading:*

With regard to reading, D▬ performed in the Low Average range overall on the WIAT-II. His performance on tests that asked him to read a list of progressively more difficult words was in the Low Average range. However, his ability to comprehend reading passages and to make the appropriate word sounds from progressively more difficult pseudowords were all in the Average range.

On the TOWRE, while D▬ performed in the Average range (SS = 96, 39th percentile) while quickly reading real words, his ability to quickly process and pronounce pseudowords was in the Low Average range (SS = 87, 19th percentile). His performance here indicates that his reading efficiency is somewhat weak and may interfere with his ability to decode unfamiliar words when under time pressure.

### *Mathematics:*

On tests of Mathematics, D▬ performed in the Very Low range overall. His performance was in the Very Low range (SS = 75, 5th percentile) when asked to complete math problems involving basic math operations. His performance was also in the Very Low range (SS = 71, 3rd percentile) when asked to use mathematical concepts (e.g., statistical reasoning and graph reading) to solve story and picture problems.

### *Written Language:*

On tests of written expression, D▬ performed in the Low Average range overall. His spelling achievement was in the Low Average range (SS = 83, 13th percentile), as was his demonstrated ability to express structured and spontaneous thoughts in writing (SS = 83, 13th percentile). Notably, D▬ wrote one run-on sentence, using "and" several times as a conjunction, for an item that required him to write a paragraph in response to a prompt.

### *Oral Expression:*

D▬ overall performance on tests of oral language was in the High Average range. On a test of oral expression, he performed in the Superior range (SS = 123, 94th percentile). He was able to fluently name objects and actions within a time limit, tell logical stories based on pictures, and give directions to perform simple tasks. His performance on a test of listening comprehension, which required him to answer questions in response to orally-presented prompts, was in the Average range (SS = 99, 47th percentile). His performance on these tasks is inconsistent with that on other indices and represents a relative strength.

6

## NEUROPSYCHOLOGICAL FUNCTIONING

D▆▆▆ was administered a number of additional cognitive tests to better understand the manner in which he processes, stores and retrieves information from the environment.  His performance was compared to same-age peers.

*Memory*:

On a test of verbal memory (WRAML-2; Story Memory) that required D▆▆▆ to recall elements of a story that was read to him, D▆▆▆ performed in the Average range (SS = 8, 25th percentile) immediately after the story was read to him, and in the Low Average range after a delay (SS = 6, 9th percentile).

Visual memory was also assessed (WRAML-2, Design Memory), D▆▆▆ was asked to view and draw designs immediately after viewing them and after a delay.  He performed in the Low Average range immediately after viewing the designs (SS = 6, 7th percentile) and in the Extremely Low range following a delay (SS = 4, 3rd percentile).

*Phonological Processing:*

Phonological processing is the use of phonological information, especially the sound structure of oral language in processing written and oral language.  These skills were measured on the CTOPP.  On the phonological awareness tests, D▆▆▆ awareness of the phonological structure of language was measured.  He performed within the Average range on these subtests overall (Composite score = 91, 27th percentile). When asked to orally form whole words out of aurally-presented split words, he performed in the Average range (SS = 9, 37th percentile).  When he was required to say words with certain phonemes omitted, performance was also in the Average range (SS = 8, 25th percentile). On tests of phonological memory, which required D▆▆▆ to remember orally-presented information, he also performed in the Average range overall (Composite score = 100, 50th percentile).  His ability to remember aurally-presented digits was in the High Average range (SS = 12, 75th percentile), and when asked to repeat aurally-presented pseudowords, his performance was in the Superior range (SS = 14, 91st %ile).

*Visual-Motor Integration:*

On the VMI, D▆▆▆ was asked to copy a series of geometric figures that become increasingly complex with regard to shape, orientation, and perspective.  On the VMI, D▆▆▆ earned a score in the Low Average range (SS = 6, 9th percentile).  Supplemental tests were also administered.  On the Visual Perception subtest, D▆▆▆ was asked to match geometric figures to a reference figure by making a slash mark next to his answer.  He performed in the High Average range (SS = 13, 82nd percentile) on this test.  On another subtest (Motor Coordination), D▆▆▆ drew figures within a pathway.  His score on this test was in the Low Average range SS = 8, 21st percentile).

7

## SUMMARY

D████ B█████ is an 11-year-old child who was referred for a psychoeducational evaluation to determine the presence of a learning disability or other processing deficit that is contributing to his school difficulties. Cognitive testing on the WISC-IV revealed verbal ability and processing speed in the Low Average range, perceptual reasoning abilities in the Extremely Low range, working memory functioning in the Average range. Although his Full-Scale IQ score was calculated to be in the Borderline range, there was significant variability noted among the indices. In addition, D█████ academic achievement levels (to be discussed below) were better than would be expected based on his calculated Full-Scale IQ score, suggesting higher functioning than the current scores suggest. Thus, performance on individual indices, rather than the Full-Scale IQ, was taken into account when interpreting these findings. The findings are not consistent with a diagnosis of Mild Mental Retardation.

Tests of neuropsychological functioning indicated that D████ does not have verbal memory or phonological processing deficits, but he demonstrated perceptual difficulties likely contributed to his weak performance on tests of visual memory. D█████ performance on tests of visual-motor integration was inconsistent with that on WISC-IV perceptual reasoning tests. These tests have a low aptitude-based reasoning requirement, and D█████ performance indicates that his difficulty with perceptual reasoning is likely due to relatively lower aptitude in that domain and not a severe visual processing problem. However, it is likely that his Low Average performance in this domain is a partial contributor to difficulty completing tasks. With regard to attention, although D█████ performance on an index of working memory (a component of attention) was in the Average range, a measure completed by Ms. Sykes regarding D████ (CPRS-R; scores in Appendix) yielded scores that support the prior diagnosis of Attention-Deficit/Hyperactivity Disorder.

Standardized tests of academic achievement showed variability in D█████ skill acquisition. Although his performance in the areas of reading, mathematics, and written expression are consistent with his demonstrated aptitude, it is below that which would be expected for his age and grade. Oral language was a relative strength. In math, he performed poorly on tests measuring basic math operations as well as the use of mathematical reasoning concepts to solve story and picture problems. In written language, D█████ spelling, basic grammar, and punctuation were in the Low Average range, and he had difficulty writing a spontaneous paragraph based on a short prompt. Although his paragraph followed a logical sequence, he utilized basic vocabulary words, showed poor idea development, and displayed poor grammar and punctuation. In contrast, his oral language skills were in the High Average range. He was able to quickly generate words based on verbal prompts and to tell stories and give instructions based on visual prompts. However, it should be noted that tests of oral expression provided more structure than tests of written expression, and D████ likely benefited from this additional information. Moreover, his demonstrated visual-motor weakness, which can contribute to writing

8

difficulties, likely contributed to his poor performance on timed tests of written expression. With regard to reading, D▓▓ demonstrated a weakness on a timed test of word reading, whereas he performed adequately on an untimed task. His skill in decoding pseudowords was adequate on timed and untimed tests. This is consistent with his skill in visual and aural phonological processing.

Overall, the findings are consistent with the diagnosis of a specific learning disability in the areas of math and written expression. The MDT should therefore consider the disability classification of Specific Learning Disability and provide special education services to address D▓▓ learning needs. Given his history of suicidal ideation and psychiatric hospitalization, it is essential that his learning needs be addressed; his psychiatric status may decompensate as school stressors increase. With appropriate educational services, he is likely to feel increasingly competent in school, which will have a positive impact on his mood and self-esteem.

## DIAGNOSTIC IMPRESSIONS

| | | |
|---|---|---|
| Axis I: | 315.1 | Mathematics Disorder |
| | 315.2 | Disorder of Written Expression |
| | 314.01 | Attention-Deficit/Hyperactivity Disorder, Combined Type |
| | 315.2 | Rule Out Developmental Coordination Disorder |
| Axis II: | None | |
| Axis III: | None | |
| Axis IV: | Limited social opportunities | |
| Axis V: | 70 | |

## RECOMMENDATIONS

1.  D▓▓ should receive individual tutoring three times per week (one-hour sessions) in the areas of math, reading, and written expression. This should be provided by a tutor who is specially trained to work with students with learning disabilities. In written expression, D▓▓ would benefit from practice in writing spontaneous passages. He can begin by writing short passages based on structured stimuli (e.g., a series of pictures that tell a story). Examples of well-written passages should be provided, and D▓▓ should use an aid to remind him of what an adequate passage entails (e.g., a main idea, logical progression of story, grammar and punctuation). For math, he will require specialized instruction in paper-and-pencil calculations as well as word problems (applied math). Increasing his automaticity of basic math facts should be further assessed by his special education teacher and be a target of intervention if deemed necessary. For reading, the tutor could assist him in further developing his sight-word reading skills and increasing his reading fluency (if deemed necessary by the tutor).

2.  D▓▓ mother indicated on a subjective measure that she perceives D▓▓ to have problems with attention and disruptive behavior, and he has a diagnosis of Attention-Deficit/Hyperactivity Disorder. His symptoms were

9

reportedly ameliorated by Adderall, which he no longer takes. A comprehensive psychiatric evaluation is recommended to determine appropriate pharmacological treatment for ADHD.

3.  An occupational therapy evaluation is recommended to further examine D█████ pencil control and motor output and to make recommendations for treatment, if indicated. A formal handwriting assessment should be included. Children with handwriting difficulty are typically recommended to perform writing tasks on a computer to decrease writing demands. If D█████ keyboarding skills are not automatic, the occupational therapist or other provider could work with him to improve this skill so that he can use a computer at school and home for writing assignments, including exams.

4.  D████ has a history of psychiatric hospitalization, and he reportedly regularly displays a high degree of irritability. Given that irritability is often a sign of depression in children, D██████ psychiatric functioning should be evaluated via a clinical evaluation.

5.  Providing math worksheets with structured work spaces will be particularly important for D█████. Separating the teaching of concepts from mechanical calculation is also recommended. Consideration should be given to providing him with a math facts table when a new concept is being taught. Highlighting key words and numbering steps in word problems should also be included.

6.  In view of D██████ difficulties with spontaneous writing, it is recommended hat he be given separate grades for mechanics and content. This will help to communicate the importance of different aspects of writing and to give him feedback on each aspect.

7.  D████ demonstrated a strength in oral expression. Until such time that his written expression has improved (as demonstrated by grades and documentation by his tutor), consideration should be given to allowing his to construct and give answers aloud.

8.  D████ should be provided with additional time for classroom exams and standardized tests. He should be encouraged to fully consider information before answering questions.

9.  In light of perceptual difficulties, it is recommended that visual information be supplemented with an oral explanation. D█████ should be encouraged to take the time to explain the visually presented material aloud.

10. D██████ should be given frequent breaks (such as a walk around the classroom) in order to help him to stay focused when he returns to a task.

11.   D⬛⬛⬛ hard work and determination should be acknowledged in verbal and concrete praise. This will be critical in facilitating motivation for learning.

12.   D⬛⬛ did not receive credit for some test items because he did not know what some words meant (e.g., "lumber"), and had a low score on a test of basic information. It is recommended that D⬛⬛⬛ be exposed to new vocabulary words on a regular basis, and he is encouraged to read magazines and newspapers (e.g., Kids' Post, children's science magazines).

13.   Ms. Sykes reported that she does not allow D⬛⬛⬛ to visit with his friends. It is recommended that she allow D⬛⬛⬛ to visit friends or to invite friends to his house. In light of sometimes disruptive behavior, play with friends may provide a more appropriate outlet for his energy. In addition, he should continue his martial arts classes if he is enjoying them.

It was a pleasure working with D⬛⬛⬛ and Ms. Sykes. If you have any questions regarding this report, please feel free to contact Dr. Tervo at (202) 333-6251.


*Kari Tervo*
Kari Tervo, Ph.D.
Evaluator


*Maria Cohn*
Maria Zimmitti Cohn, Ph.D.
Licensed Clinical Psychologist
Supervisor
Director of Clinical Services

II

# APPENDIX

S-S/A = Scaled Score by Age; P/A = Percentile by Age; SS = Standard Score

## COGNITIVE TEST

### Wechsler Intelligence Scale for Children- 4th Ed. (WISC-IV)

| Verbal Tests | S-S/A | Performance Tests | S-S/A |
|---|---|---|---|
| Verbal Comprehension | | Perceptual Reasoning | |
| Similarities | 6 | Block Design | 3 |
| Vocabulary | 8 | Picture Concepts | 7 |
| Comprehension | 9 | Matrix Reasoning | 4 |
| Information* | 6 | Block Design Process* | 10 |
| | | | |
| Working Memory | | Processing Speed | |
| Digit Span | 9 | Coding | 5 |
| Letter Number Seq. | 8 | Symbol Search | 10 |

*Supplementary subtest- not used for computing scores; taken from the WISC-IV Integrated test battery.

*Composite Scores*

| Scale | SS | P/A | Range |
|---|---|---|---|
| Verbal Comprehension | 87 | 19 | Low Average |
| Perceptual Reasoning | 67 | 1 | Extremely Low |
| Working Memory | 91 | 27 | Average |
| Processing Speed | 85 | 16 | Low Average |
| Full Scale | 77 | 6 | Borderline |

## NEUROPSYCHOLOGICAL TESTS

### Beery-Buktenica Developmental Test of Visual-Motor Integration- 4th Ed.

| | SS | P/A |
|---|---|---|
| VMI | 80 | 9 |
| Visual Perception | 114 | 82 |
| Motor Coordination | 88 | 21 |

59

12/18/2006  15:40   2022654264         TYRKA & ASSOCIATES                    13/14

12

## Comprehensive Test of Phonological Processing (CTOPP)

|  | Composite | SS | P/A |
|---|---|---|---|
| Phonological Awareness | 91 |  | 27 |
| Elision |  | 8 | 25 |
| Blending Words |  | 9 | 37 |
| Phonological Memory | 100 |  | 50 |
| Memory for Digits |  | 12 | 75 |
| Nonword Repetition |  | 14 | 91 |

## Wide Range Assessment of Memory and Learning- 2nd Ed.

|  | S-S/A | P/A |
|---|---|---|
| **Verbal Memory** |  |  |
| Immediate | 8 | 25 |
| Delay | 6 | 13 |
| **Visual Memory** |  |  |
| Immediate | 6 | 7 |
| Delay | 4 | 3 |

## ACADEMIC ACHIEVEMENT TESTS

## Wechsler Individual Achievement Tests- Second Edition (WIAT-II)

|  | S-S/A | P/A | Range |
|---|---|---|---|
| **Composite Reading** | 88 | 21 | Low Average |
| Word Reading | 86 | 18 | Low Average |
| Reading Comprehension | 90 | 25 | Average |
| Pseudoword Decoding | 95 | 37 | Average |
| **Composite Mathematics** | 71 | 3 | Borderline |
| Numerical Operations | 75 | 5 | Borderline |
| Math Reasoning | 71 | 3 | Borderline |
| **Composite Written Language** | 82 | 12 | Low Average |
| Spelling | 83 | 13 | Low Average |
| Written Expression | 85 | 16 | Low Average |
| **Composite Oral Language** | 112 | 79 | High Average |
| Listening Comprehension | 99 | 47 | Average |
| Oral Expression | 123 | 94 | Superior |

60

13

## Test of Word Reading Efficiency (TOWRE)

|                               | AE   | S-S/A | P/A |
|-------------------------------|------|-------|-----|
| Sight Word Efficiency         | 10.6 | 96    | 39  |
| Phonemic Decoding             | 8.6  | 87    | 19  |
| Total Word Reading Efficiency |      | 90    | 25  |

## RATING SCALES

## Conner's Parent Rating Scale-Revised
(The Average range is 50-60; scores above 70 are clinically significant)

| Scale/Index           | T-Score | P/A  |
|-----------------------|---------|------|
| Oppositional          | 69      | 97   |
| Cognitive/Inattention | 72      | 99   |
| Hyperactivity         | 76      | >99  |
| ADHD Index            | 83      | >99  |

61

Exhibit 8

Maria Cohn, Ph.D.
& Associates

Maria Cohn, Ph.D.
Director of Clinical Services

Katie Hennessy, Psy.D.

ole Sampson, Ph.D

Julie Kovao, Ph.D.

Keisha Mack, Ph.D.

Nancy Heiser, Ph.D.

Mercedes Ebanks, Ph.D

Jennifer Cameron, Ph.D.

William Ling, Ph.D.

Mate McKinney, Ph.D

Shelley McLaughlin, M.Ed.

Patricia Smith, M.A., CCC-SLP

Ioupazer Jordan, M.A, CCC-SLP

Kathy Stoltzfus, M.S., OTR/L

## SPEECH AND LANGUAGE EVALUATION

*The information contained in this report is confidential and may not be released without further signed, informed consent.*

Name:              D████ B████
Dates of Birth:    ████1995
Date of Evaluation: 9/29/2006
Age:               11 years, 8 months
School:            Kelly Miller Middle School
Examiner:          Tamela Sterling, M.S., CCC-SLP

### BACKGROUND INFORMATION

D████ is an 11-year-old African American male who was evaluated to assess current speech and language functioning to determine if he qualifies for speech and language services. This evaluation may be used to aid in the determination of an appropriate school placement for school year 2006-2007. D████ is from a home in which English is the primary language. According to his grandmother, D████ received speech and language services in the 1st grade at Bening Elementary and was retained in the 2nd grade twice. No information was provided regarding previous test scores or treatment. D████ is currently being assessed to establish the necessity for additional services for success in school.

### TEST ADMINISTERED

*Clinical Evaluation of Language Fundamentals-4th Ed(CELF-4)*
*Receptive One-Word Picture Vocabulary Test (ROWPVT)*
*Expressive One-Word Picture Vocabulary Test (EOWPVT)*
*Test of Auditory Processing Skills– 3rd Edition (TAPS-3)*

### CLINICIAL OBSERVTIONS

D████ willingly accompanied examiner to testing, and was aware of expectations. He was friendly and talkative during initial introductions. Testing was conducted at Kelly Miller Middle School where D████ currently attends. Rapport was established quickly with clinician and purpose of testing was explained. D████ remained focused throughout 2 hour testing period, with no re-direction or break required. It appeared as though D████ put forth his best effort throughout testing and findings are judged to be a valid reflection of his true abilities.

Maria Cohn, Ph.D. & Associates

Hamilton Court

1230 31 Street, NW

Second Floor

Washington, D.C. 20007

phone: 2023336251

fax: 2023336255

www.mariacohnassociates.com

63

2

## LANGUAGE SAMPLE

An informal language sample was obtained throughout this assessment during rapport building and in-between test and/or subtests. D█████ was able to respond to directed questions. He was observed to speak in simple and complex sentences containing a variety of conjunctions (i.e., and, but, because). D█████ was willing to respond and share information regarding family, friends and extra curricular activities in school. Based on his spontaneous sample, D█████ ability to communicate appeared age-appropriate.

## TEST RESULTS

### Language – *CELF-4*
### CELF–4 CORE LANGUAGE SCORE

D█████ was administered four core subtests of the Clinical Evaluation of Language Fundamentals–Fourth Edition (CELF–4) from which his Core Language score was derived. The Core Language score is considered to be the most representative measure of D█████ language skills and provides an easy and reliable way to quantify a student's overall language performance. The Core Language score has a mean of 100 and a standard deviation of 15. A score of 100 on this scale represents the performance of the typical student of a given age.

For D█████ Core Language score, the following subtests were administered:
Concepts & Following Directions
Recalling Sentences
Formulated Sentences
Word Classes 2–Total

D█████ received a Core Language score of 108 which places him in the average range of functioning.

### CELF–4 RECEPTIVE LANGUAGE INDEX

The Receptive Language index is a cumulative measure of D█████ performance on two or three subtests designed to best probe receptive aspects of language including comprehension and listening. The Receptive Language index has a mean of 100 and a standard deviation of 15. A score of 100 on this scale represents the performance of the typical student of a given age.

For D█████ Receptive Language index, the following subtests were administered:
Concepts & Following Directions
Word Classes 2–Receptive

D█████ received a Receptive Language index of 96 his performance places him in the average range of functioning.

### CELF–4 EXPRESSIVE LANGUAGE INDEX

The Expressive Language index is a cumulative measure of D█████ performance on the three subtests that probe expressive aspects of language including oral language expression. The Expressive Language index has a mean of 100 and a standard deviation of 15. A score of 100 on this scale represents the performance of the typical student of a given age.

3

For D█████ Expressive Language Index, the following subtests were administered:
Recalling Sentences
Formulated Sentences
Word Classes 2–Expressive

D█████ received an Expressive Language index of 114. This performance places D█████ in the average range of functioning.

## CELF–4 SUBTEST SCORES

| Subtest-- subtests have a mean of 10 and a standard deviation of 3. Scores between 7-13 indicate average functioning. | Scaled Score |
|---|---|
| **Concepts & Following Directions** -- evaluates the student's ability to interpret, recall, and execute oral commands of increasing length and complexity that contain concepts of functional language. The student identifies objects in response to oral directions. This score indicates average functioning. | 9 Average |
| **Recalling Sentences** – assess auditory retention and the ability to recall and reproduce compound and complex sentences. The student imitates sentences presented by the examiner. Score indicates average functioning. | 11 Average |
| **Formulated Sentences** – assess the ability to create sentences using various grammatical forms. The student is asked to formulate a sentence, using target words or phrases, while using an illustration as a reference. Score indicates above average functioning. | 15 Above Average |
| **Word Classes – Receptive** -- examines the ability to understand and perceive relationships between pictures and spoken words. The student is asked to choose the items that best represent the desired relationship. This below average score suggest Antoinette has some difficulty understanding specific categories of words or understanding the relationship between words which may include antonyms and synonyms. | 10 Average |
| **Word Classes – Expressive** examines the ability to explain the relationship between associated words. Score indicates average functioning. | 11 Average |
| **Word Classes – Total** | 10 Average |

## Vocabulary

The *EOWPVT*, was administered to assess D█████ expressive vocabulary skills. D█████ was required to name the object shown in test booklet provided by the examiner. This test has a mean of 100 and a standard deviation of +/- 15. Examples of pictures D█████ was able to name are: pyramid; reptiles; banjo; vehicle; skydiving; and stump. Examples of pictures he was unable to name are: tweezers; windmill; wheelbarrow; celery; graph; greenhouse; and hoof. This performance suggests D█████ is functioning in the average range for his age on this test of single-word vocabulary.

The *ROWPVT*, was administered to assess D█████ receptive vocabulary skills. D█████ was required to identify one picture from four choices which best represented the target word. This test has a mean of 100 and a standard deviation of +/- 15. Examples of pictures D█████ was able to identify are: demonstration; stitching;

4

pondering; tassel; aquatic; checker and empress. Examples of pictures he was unable to identify are: revolving; hazardous; parallel; tame; marsupial; tandem and talon. This performance shows D████ is functioning in the average range for his age on this test of single-word vocabulary.

| Test | Standard Score | Percentile |
|------|---------------|-----------|
| Expressive One-Word Picture Vocabulary Test | 86 | 18 |
| Receptive One-Word Picture Vocabulary Test | 91 | 55 |

## Auditory Processing

The *TAPS-3* is an individually administered assessment of auditory skills necessary for the development, use, and understanding of language commonly utilized in academic and everyday activities. D████ was given subtests that best represent his basic memory processes. Memory is a process that underlies most processing abilities. If one cannot retain what has been heard and maintain it in correct sequence, one cannot process that information accurately. The following subtests represent the memory portion of the *TAPS-3*. Scaled scores have a mean of 10 and a standard deviation of 3. A score between 7-13 indicates average range of functioning. Standard scores are based on having a mean of 100 and a standard deviation of 15. Therefore, a score between 85-115 indicates average range of functioning.

| Subtests (Memory Subtest) | Scaled Scores |
|---------------------------|--------------|
| Number Memory – Forward – This subtest is designed to show how well the student can retain simple sequences of auditory information. | 15 Above Average |
| Number Memory – Reversed – This subtest is designed to show how well the student can retain and manipulate simple sequences of auditory information. During sample questions Kala was responding appropriately, but once subtest began it seemed as though she forgot requirements of subtest. | 8 Average |
| Word Memory – This subtest is designed to show how well the student can retain and manipulate simple sequences of auditory information. | 12 High Average |
| Sentence Memory – This subtest is designed to show how well the student can retain details in sentences of increasing length and grammatical complexity. | 11 Average |
| Overall Memory Standard Score | 108 Average |

D████ overall standard score for the memory index was a 108, indicating average functioning in the area of memory processing.

## Articulation/Voice/Fluency/Oral Motor

Based on an informal speech sample D████ demonstrated excellent articulation ability. His overall intelligibility was judged to be 100% in conversational speech. Voice and oral motor skills also fell in the normal range for his age and gender. D████ hearing appeared to be within normal limits for conversational levels of

66

5

speech. An informal oral peripheral examination indicated all structures were adequate for speech purposes.

## SUMMARY AND IMPRESSIONS

D■■■ is well-mannered 11-year-old male who was evaluated to determine if he qualifies for speech and language services. D■■■ strengths are:

- receptive and expressive one word vocabulary skills which fall within the normal range of functioning
- overall auditory memory ability also indicates average functioning
- articulation, voice, and fluency are all within normal limits
- overall receptive and expressive language skills

D■■■ currently exhibits no weaknesses in the area of speech and language.

*Formal testing revealed D■■■ demonstrates no language or articulation delay/disorder at this time.*

## RECOMMENDATIONS

1. Based on current speech and language testing, direct services are not recommended at this time.

It was a pleasure evaluating D■■■, if there should be any questions concerning this assessment, please feel free to contact me at 202-333-6251.


*Tamela Sterling*

Tamela D. Sterling, M.S., CCC/SLP
Speech-Language Pathologist

67