THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **EVELYN SYKES,** )<br>       Plaintiff,         )<br>                              )<br>v.                            )<br>                              )<br>**DISTRICT OF COLUMBIA,** )<br>       Defendant.     )<br>                              ) | Civil Action No. 07-255<br>RCL |

**PLAINTIFF'S MOTION TO TREAT AS CONCEDED
PLAINTIFF'S MOTION FOR STATUS CONFERENCE**

For the reasons presented in the attached Memorandum, the Plaintiff respectfully requests that the Court treat as conceded her earlier Motion for Status Conference and accordingly schedule a status conference in this case as soon as practical.

Respectfully submitted,
/s/Douglas Tyrka
Douglas Tyrka, #467500
Tyrka & Associates, LLC
1726 Connecticut Ave. NW, Suite 400
Washington, DC 20009
(ph) (202) 265-4260
(f) (202) 265-4264

1

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **EVELYN SYKES,**  )<br>　　　Plaintiff,　　　)<br>　　　　　　　　　　　)<br>v.　　　　　　　　　)<br>　　　　　　　　　　　)<br>**DISTRICT OF COLUMBIA,** )<br>　　　Defendant.　　　)<br>　　　　　　　　　　　) | Civil Action No. 07-255<br>RCL |

### MEMORANDUM IN SUPPORT OF MOTION TO TREAT AS CONCEDED

On October 11, 2007, the Plaintiff filed with the Court her Motion for Status Conference. The basis for the Motion was the recent issuance of a new HOD regarding the Plaintiff's son D.B., the implications of which the Plaintiff wished to address with the Defendant and the Court.

The Defendant neither consented to the Motion nor specifically declined consent, but the Defendant has not filed an opposition. In accordance with LCvR 7(b), the Court should treat the Motion for Status Conference as conceded, as the Defendant did not opposed the Motion within eleven days of its filing.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　/s/Douglas Tyrka
　　　　　　　　　　　　　　　　　　　Douglas Tyrka, #467500
　　　　　　　　　　　　　　　　　　　Tyrka & Associates, LLC
　　　　　　　　　　　　　　　　　　　1726 Connecticut Ave. NW, Suite 400
　　　　　　　　　　　　　　　　　　　Washington, DC 20009
　　　　　　　　　　　　　　　　　　　(ph) (202) 265-4260
　　　　　　　　　　　　　　　　　　　(f) (202) 265-4264
　　　　　　　　　　　　　　　　　　　tyrka@tyrkalaw.com

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| EVELYN SYKES,                )<br>         Plaintiff,           )<br>                              )<br>v.                            )<br>                              )<br>DISTRICT OF COLUMBIA          )<br>         Defendant.          )<br>                              ) | Civil Action No. 07-255<br>RCL |

**ORDER**

On consideration of the Plaintiff's Motion to Treat as Conceded Plaintiff's Motion for Status Conference, it is hereby

ORDERED that the Motion is granted, and it is further

ORDERED that the parties shall appear for a status conference at _____ on _____, 2007.

SO ORDERED.

_____
ROYCE C. LAMBERTH
United States District Judge