UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| EVELYN SYKES,<br>Guardian and Next Friend of D.B., a Minor,<br><br>Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br>A municipal corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-0255 (RCL)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT DISTRICT OF COLUMBIA'S RESPONSE
TO PLAINTIFF'S MOTION FOR STATUS CONFERENCE**

The Defendant, by counsel, here responds to the Plaintiff's October 11, 2007, Motion for a Status Conference.

In support of her Motion, the Plaintiff suggests that there is a need to discuss the impact of the October 10, 2007, Hearing Officer's Decision ("HOD") on the present case before this Court. The recent administrative decision, however, does not affect the present case. The present case is simply an appeal of a September 15, 2006, HOD and the subsequent November 3, 2006, denial of the Plaintiff's Motion for Reconsideration of that decision. At issue in the instant case is the appropriateness of D.B.'s placement and individualized education programs during the 2004-2005 and 2005-2006 school years; thus, the student's current status is irrelevant, as is the recent HOD pertaining to the

student's current placement.[1]

To the extent the Plaintiff takes issue with the matters decided in the October 10, 2007, HOD, she can do so in the usual course.[2]

For the above reasons, the Defendant respectfully suggests that there is no need for a status conference to discuss an administrative decision not the subject of this action. The pleadings in this case are fully briefed, and the matters at issue are ripe for decision without further conferences.

> Respectfully submitted,
>
> LINDA SINGER
> Attorney General
> for the District of Columbia
>
> GEORGE C. VALENTINE
> Deputy Attorney General
> Civil Litigation Division
>
> **/s/ Edward P. Taptich**
> EDWARD P. TAPTICH
> Chief, Equity Section 2
> Bar Number 012914
>
> **/s/ Eden I. Miller**
> EDEN I. MILLER
> Assistant Attorney General
> Bar Number 483802
> 441 Fourth Street, N.W., Sixth Floor South
> Washington, D.C. 20001
> (202) 724-6614
> (202) 727-3625 (fax)
> E-mail: Eden.Miller@dc.gov

October 24, 2007

---

[1] While the recent HOD does not affect the present case, the Defendant acknowledges that should this Court place the student at Rock Creek Academy, it may moot the October 10, 2007, HOD. Interestingly, at the recent due process hearing, the Plaintiff apparently requested as relief placement at the *High Road School*, another private school—not Rock Creek Academy, as requested here. See HOD, identifying as a witness the Admissions Director at the High Road School.

[2] Because the recent HOD considers a different set of facts and issues, it most likely would not be a related case, despite the Plaintiff's counsel suggestion to the contrary in his email to the undersigned counsel. Plaintiff's Motion, at Ex. 2.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EVELYN SYKES,<br>Guardian and Next Friend of D.B., a Minor,<br><br>Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br>A municipal corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-0255 (RCL)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of the Plaintiff's Motion for a Status Conference, the Defendant's Response, any reply thereto, and the record herein, it is hereby

**ORDERED,** that the Plaintiff's Motion is **DENIED**.

_____
United States District Judge Royce C. Lamberth