UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EVELYN SYKES, <br> Guardian and Next Friend of D.B., a Minor, <br><br> Plaintiff, <br><br> v. <br><br> DISTRICT OF COLUMBIA, <br> A municipal corporation, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 07-0255 (RCL) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT DISTRICT OF COLUMBIA'S OPPOSITION
TO PLAINTIFF'S MOTION TO TREAT AS CONCEDED
PLAINTIFF'S MOTION FOR STATUS CONFERENCE**

The Defendant, by counsel, here responds to the Plaintiff's October 24, 2007, Motion to Treat as Conceded the Plaintiff's Motion for a Status Conference.

The Plaintiff wrongly suggests that the Defendant missed its deadline for filing a response to her October 11, 2007, Motion. In fact, the Defendant's Response—filed yesterday, minutes after the Plaintiff filed her Motion to Treat as Conceded—was timely filed.

Under LCvR 7(b), the Defendant has eleven days from the date of service of a motion to file a response. Under Fed. R. Civ. P. 6(e), three additional days for service by electronic filing are allowed. Thus, the deadline for filing a response to the Plaintiff's Motion is today, October 25, 2007, and the Defendant's Response yesterday was therefore timely.

                    Respectfully submitted,

                    LINDA SINGER
                    Attorney General
                    for the District of Columbia

                    GEORGE C. VALENTINE
                    Deputy Attorney General
                    Civil Litigation Division

                    **/s/ Edward P. Taptich**
                    EDWARD P. TAPTICH
                    Chief, Equity Section 2
                    Bar Number 012914

                    **/s/ Eden I. Miller**
                    EDEN I. MILLER
                    Assistant Attorney General
                    Bar Number 483802
                    441 Fourth Street, N.W., Sixth Floor South
                    Washington, D.C. 20001
                    (202) 724-6614
                    (202) 727-3625 (fax)
October 25, 2007          E-mail: Eden.Miller@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EVELYN SYKES,<br>Guardian and Next Friend of D.B., a Minor,<br><br>Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br>A municipal corporation,<br><br>Defendant. | Civil Action No. 07-0255 (RCL) |

## ORDER

Upon consideration of the Plaintiff's Motion to Treat as Conceded Plaintiff's Motion for a Status Conference, the Defendant's Opposition, any reply thereto, and the record herein, it is hereby

**ORDERED,** that the Plaintiff's Motion is **DENIED**.

United States District Judge Royce C. Lamberth