**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **EVELYN SYKES,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
|     v. | )  Civil Action No. 07-255 (RCL) |
| | ) |
| **DISTRICT OF COLUMBIA,** | ) |
| | ) |
|     **Defendant.** | ) |
| | ) |

## ORDER

Before the Court are defendant's and plaintiff's cross-motions [10 and 11] for Summary Judgment. Upon consideration of the Motions, the oppositions, the replies thereto, and the entire record herein, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the plaintiff's Motion [11] for Summary Judgment hereby is DENIED and defendant's Motion [10] for Summary Judgment hereby is GRANTED in part and DENIED in part. Summary Judgment shall be entered for the defendant as to past school years and denied without prejudice as to the current year, where a final administrative determination has not yet been made. It is further hereby

ORDERED that plaintiff's and defendant's Motions [24 and 27] for Status Conference hereby are DENIED. It is further hereby

ORDERED that defendant's Motion [17] to Strike Part of Plaintiff's Reply hereby is DENIED. Plaintiff's claims as to past school years shall stand

DISMISSED.  Defendant's summary judgment motion as to this school year shall be filed no later than December 15,  2007, unless that date is extended for good cause showing.

SO ORDERED

Signed by United States District Judge Royce C. Lamberth, October 31, 2007.