THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EVELYN SYKES, )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, )<br>      Defendant. )<br>) | Civil Action No. 07-255<br>RCL |

**NOTICE AND STIPULATION OF DISMISSAL**

The Parties hereby stipulate to dismissal of all remaining claims and state as follows:

1) Neither the Plaintiff nor the minor child will be harmed by the dismissal.

2) The Defendant has made no counter claims, so it will not be harmed by the dismissal.

3) The parties understand that dismissal will eliminate federal court jurisdiction over any matter regarding D.B. and will relieve the parties of their obligations to this Court regarding D.B.

                                          Respectfully submitted,

                                          /s/ Douglas Tyrka
                                          Douglas Tyrka, #467500
                                          Tyrka & Associates, LLC
                                          1726 Connecticut Ave., NW, Suite 400
                                          Washington, D.C. 20009
                                          Phone: (202) 265-4260
                                          Fax: (202) 265-4264
                                          Email: tyrka@tyrkalaw.com


                                          LINDA SINGER
                                          Attorney General
                                          for the District of Columbia

                                          GEORGE C. VALENTINE
                                          Deputy Attorney General

Civil Litigation Division

**/s/ Edward P. Taptich**
EDWARD P. TAPTICH
Chief, Equity Section 2
Bar Number 012914

**/s/ Eden I. Miller**
Eden I. Miller
Assistant Attorney General
Bar Number 483802
441 Fourth Street, N.W., Sixth Floor South
Washington, DC 20001
Phone: (202) 724-6614
Fax: (202) 727-3625
Email: Eden.Miller@dc.gov