## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **EVELYN SYKES,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civil Action No. 07-255 (RCL)** |
| **DISTRICT OF COLUMBIA,** | ) | |
| **Defendant.** | ) | |

## ORDER

Upon consideration of the stipulation of the parties, this action shall be dismissed.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, on December 5, 2007.